FILED

99 NOV 24 AM 9: 22

CLERK U S DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| TONY R WHITTAKER | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S), | SACV 99-01452 GLT (AN) |
| v. | |
| BROOKS PROTECTIVE SERVICE INC /MAX SECURITY SERVICES INC., et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S). | |

TO: U.S DISTRICT JUDGE(S)
U.S MAGISTRATE JUDGE(S)
COUNSEL OF RECORD

You are hereby notified that due to a clerical error,

☐ An incorrect case number was assigned to this action

☐ Incorrect judge's initials were indicated on this action

☒ Incorrect magistrate judge's initials were indicated on this action.

☐ Case number _____ has been corrected  The correct case number is _____ . All documents filed with the court must reflect this correct case number

☒ Judge / Magistrate Judge's initials have been corrected. The initials __(AN)__ are to be substituted with the correct initials __(EEx)__. All documents filed with the court must reflect the correct initials so the case number reads __SACV 99-01452 GLT (EEx)__ to ensure proper routing of documents

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division  Pursuant to General Order 98-3, case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to case number _____  All documents filed with the court must reflect the newly assigned case number to ensure proper routing of the documents

☐ Wrong ☐ Filed date ☐ Entered date of _____ was stamped on the following document: _____
The correct filed/entered date is _____

☐ Other _____

CLERK, U S. DISTRICT COURT

DATED: 11/24/99           By G. Kami
                              Deputy Clerk

cc  Docketing Supervisor / Deputy In Charge

G-11 (9/99)           NOTICE OF CLERICAL ERROR           ENTERED ON ICMS