UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No  SA CV 99-1452 GLT (EEx)            Date  February 3, 2000

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

======================================================================

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

======================================================================

PRESENT.

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson                None Present
Deputy Clerk                           Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS.

None Present                        None Present

PROCEEDINGS:    GRANTING OF PLAINTIFF'S MOTION TO SET ASIDE, IN PART

[In Chambers]

After no opposition was received from Plaintiff, on January 10, 2000 the Court granted Defendants Milner Hotels and Vavulli's motion to dismiss without leave to amend. Plaintiff now moves to set aside that ruling

The Court GRANTS Plaintiff's motion, in part  Because the lengthy complaint is almost impossible to understand, the dismissal is granted, but with leave to amend

Plaintiff has already been given leave to amend following the January 24, 2000 ruling on Defendant City of Los Angeles' motion to dismiss  In that same new amended complaint, Plaintiff may include amendments concerning Defendants Milner Hotels and Vavulli  Any amended complaint must be filed by February 14, 2000. The Court cautions Plaintiff to draft any amended complaint in the form of a short statement of specific facts showing why each particular defendant is liable.

The hearing for Plaintiff's motion to set aside, set for February 7, 2000, is taken off calendar.

FEB - 4 2000

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mm        INITIALS OF DEPUTY CLERK _____

ENTERED ON ICMS _____