UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

☒ Priority
☒ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.  SACV 99-1452-GLT (EEx)          Date: 4/3/00

Title: TONY R. WHITAKER v. BROOKS PROTECTIVE SERVICES, ET AL
================================================================
PRESENT:

**THE HONORABLE GARY L. TAYLOR, JUDGE**

KATHLEEN GAULT PETERSON              LISA KROLL
Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Tony Whitaker                         Lucille Baugham
                                      Wendy Shapero--telephonic

PROCEEDINGS:  HEARING ON PLAINTIFF'S MOTION TO VACATE SECURITY REQUIREMENT AND HEARING ON DEFENDANT MILNER HOTELS AND VAVULLI'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

    Counsel are present and the Court and counsel discuss the Court's written tentative order. The Court adopts, signs and files the order granting defendants' motion to dismiss first amended complaint, with 20 days leave to amend. The Court construes plaintiff's motion to vacate security requirement, filed March 8, 2000, as plaintiff's motion for a temporary restraining order, with the request to vacate the security requirement, i.e. bond, which is denied by the Court. The Court construes plaintiff's motion in opposition as plaintiff's opposition, therefore, no ruling will be forthcoming. Plaintiff's request for extension of time to effect service of summons and complaint on defendants, filed March 23, 2000, is moot.

    Additionally, the Court takes all other motions challenging plaintiff's first amended complaint (City of L.A.'s motion to dismiss, filed March 6, 2000, noticed for hearing on April 10, 2000 and Orange County Sheriff's Department and Orange County Social Services Agency's motion to dismiss, filed March 22, 2000, noticed for hearing on April 17, 2000) off calendar, awaiting plaintiff's filing of a second amended complaint.

MINUTES FORM 11  ☒ Docketed               INITIALS OF DEPUTY CLERK  KGP
CIVIL - GEN      ___ Copies / NTC Sent   D - M
                 ___ JS-5 / JS-6
                 ___ JS-2 / JS-3                                   APR - 4 2000
                 ___ CLSD
                                          ENTERED ON ICMS  66