UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. <u>SA CV 99-1452 GLT (EEx)</u>     Date <u>May 25, 2000</u>

Title: <u>TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.</u>

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

PRESENT.

HON. <u>Gary L. Taylor</u> JUDGE

<u>Kathleen Gault-Peterson</u>              <u>None Present</u>
Deputy Clerk                              Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS     <u>CITY OF SANTA ANA'S MOTION TO DISMISS</u>

[In Chambers]

    Defendant City of Santa Ana filed a motion to dismiss Plaintiff's First Amended Complaint on May 5, 2000. Plaintiff filed a Second Amended Complaint on April 21, 2000 by leave of the Court. The City of Santa Ana's motion is therefore moot.

    The June 5, 2000 hearing for this motion is taken off calendar.



ENTER ON ICMS
MAY 2 6 2000

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452.mtd3mın       INITIALS OF DEPUTY CLERK _____