UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority Send: X
Enter:
Closed:
JS-5/JS-6:
JS-2/JS-3:
Scan Only:

Case No  SA CV 99-1452 GLT (EEx)    Date: June 13, 2000

Title  TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

======================================================

DOCKET ENTRY.

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

_____
Deputy Clerk

======================================================

PRESENT

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson        None Present
Deputy Clerk                   Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:  ENLARGEMENT OF STATUTE OF LIMITATIONS PERIOD

[In Chambers]

At the June 12, 2000, hearing, the Court ruled that November 23, 1998 was the applicable statute of limitations date. If the Plaintiff can later show that he made a bona fide attempt to file his Complaint before November 23, 1999, he may assert claims for overt acts which occurred or were discovered one year before that attempt.

✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

ENTER ON ICMS
JUN 15 2000

H:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min2        INITIALS OF DEPUTY CLERK _____