UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES - GENERAL

Case No **SA CV 99-1452 GLT (EEx)**  Date  June 20, 2000

Title. **TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.**

DOCKET ENTRY.

> I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
> date _____
>
> _____
> Deputy Clerk

PRESENT.

**HON. Gary L. Taylor JUDGE**

| Kathleen Gault-Peterson | None Present |
| Deputy Clerk | Court Reporter (SM) |

ATTORNEYS PRESENT FOR PLAINTIFFS   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                       None Present

PROCEEDINGS   PLAINTIFF'S FILING RE. ENLARGEMENT OF STATUTE OF LIMITATIONS PERIOD

[In Chambers]

The Court has received Plaintiff's response to the June 13, 2000 minute order about the statute of limitations date. The stamp on the attached copy of Plaintiff's Complaint indicates it was first lodged with the Court on October 12, 1999 and then returned on October 26, 1999, after the denial of Plaintiff's request to proceed without paying the filing fee. Plaintiff has shown he made a bona fide attempt to file his Complaint on October 12, 1999. Plaintiff may assert claims for overt acts which occurred or were discovered on or after October 12, 1998.

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mn3   INITIALS OF DEPUTY CLERK _____

