|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br><br>CIVIL MINUTES - GENERAL | Priority ✗<br>Send ✗<br>Enter ——<br>Closed ——<br>JS-5/JS-6 ——<br>JS-2/JS-3 ——<br>Scan Only —— |

Case No. <u>SA CV 99-1452 GLT (EEx)</u>                    Date: <u>July 21, 2000</u>

Title. <u>TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.</u>

---

DOCKET ENTRY:

> I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
> date _____
>
> _____
> Deputy Clerk

---

PRESENT:

**HON. <u>Gary L. Taylor</u> JUDGE**

| Kathleen Gault-Peterson | None Present |
|---|---|
| Deputy Clerk | Court Reporter (SM) |

ATTORNEYS PRESENT FOR PLAINTIFFS.    ATTORNEYS PRESENT FOR DEFENDANTS

    None Present                          None Present

PROCEEDINGS:    <u>COUNTY OF ORANGE'S MOTION FOR JUDGMENT ON THE PLEADINGS</u>

[In Chambers]

Defendant County of Orange's Motion for Judgment on the Pleadings is DENIED. Most of the County's motion simply elaborates on the same pleading arguments already rejected by the Court in denying the County's motion to dismiss. See June 12, 2000 Order at 3-4 ("If the County wishes to challenge the accuracy of Plaintiff's factual allegations, it can do so by a motion for summary judgment at an appropriate time")

The only new argument raised by the County concerns service of process. The argument is without merit, since Plaintiff's properly filed proof of service indicates the County was served on May 8, 2000

The July 24, 2000 hearing for this motion is taken off calendar



ENTER ON ICMS

JUL 24 2000

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mjpmin             INITIALS OF DEPUTY CLERK  _____