UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No  SA CV 99-1452 GLT (EEx)        Date  August 8, 2000

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

---

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

_____
Deputy Clerk

---

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson          None Present
Deputy Clerk                     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS

None Present                         None Present

PROCEEDINGS:    COUNTY OF ORANGE'S MOTION FOR RECONSIDERATION

[In Chambers]

Defendant County of Orange's Motion for Reconsideration of the Court's order denying its motion for judgment on the pleadings is DENIED. The County's motion does not identify any "material facts presented to the Court before [the] decision" which were not considered. Local Rule 7.16. There has been no showing that any potential defects in service have caused any prejudice to the County or will interfere with its ability to go forward with this action

The August 28, 2000 hearing for this motion is taken off calendar.

✓ Docketed
✓ Copies / NEC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mreconsiderrun    INITIALS OF DEPUTY CLERK _____

ENTERED ICMS _____ 8-10-00