UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ☒
Send ☒
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No  SA CV 99-1452-GLT (EEx)                    Date.  September 8, 2000

Title  Tony Whittaker v. Brooks Protective Services, et al.,

DOCKET ENTRY

> I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
> date _____
>
> _____
> Deputy Clerk

PRESENT:

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson            None Present
Deputy Clerk                       Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS.      ATTORNEYS PRESENT FOR DEFENDANTS·

None Present                            None Present

PROCEEDINGS      PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT AND TO SET ASIDE
                 EXEMPTION UNDER LOCAL RULE 6.10

[In Chambers]

Default Judgment for Plaintiff against Defendants Brooks Protective Services, Max Security Services, Ron Pascal, Charley Freeman, Mobilehome Community Management, and Silvia Haner will not be entered at this time because a default has not been entered against such parties by the court clerk pursuant to Fed. R. Civ P  55(a). Therefore, Plaintiff's motion for Default Judgment is DENIED

Local Rule 6 10 sets out the rules for Early Meeting of Counsel. The Rule exempts pro se litigants from the Early Meeting unless ordered by the Court   The Court has the discretion to order an Early Meeting when "good cause" is shown  Plaintiff has requested an Early Meeting, and has demonstrated good cause in that the discussion of discovery issues should aid in the formulation of a discovery plan  Defendants may be correct in arguing Plaintiff's motion was not timely, however Defendants have responded to the merits and there is no showing of prejudice to Defendants by granting the motion

ENTER ON ICMS
INITIALS OF DEPUTY CLERK ___
SEP 11 2000

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mmord GT

Plaintiff's motion to set aside the exemption under Local Rule 6 10 for pro se litigants is GRANTED Early Meeting of Counsel will be held as specified under Local Rule 6  In light of the fact that Plaintiff's deposition has already been scheduled for September 12, 2000, and in the interest of ensuring that discovery remains on track, the Early Meeting of Counsel shall be held one hour before Plaintiff's deposition is taken  During the Early Meeting, the objectives set out in Local Rule 6 shall be discussed, but in the event a complete discovery plan cannot be established, Plaintiff's deposition shall still go forward as scheduled.

The hearing on these motions set for September 11, 2000, is taken off-calendar

