UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.  SACV 99-1452-GLT (EEx)         Date: 9/25/00

Title:  TONY R. WHITAKER v. BROOKS PROTECTIVE SERVICES INC., ET AL

========================================================================
PRESENT:

THE HONORABLE GARY L. TAYLOR, JUDGE

KATHLEEN GAULT PETERSON                none present
Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

none present                            none present


PROCEEDINGS:  IN CHAMBERS--REFERRAL OF MOTION TO DISMISS TO MAGISTRATE JUDGE


    Defendant County of Orange's (including the County of Orange Sheriff's Department and the County of Orange Social Services Agency) motion to dismiss for failure to respond to interrogatories propounded on August 11, 2000, noticed for hearing on October 16, 2000, is referred to Magistrate Judge Edwards for all purposes.


ENTER ON ICMS

SEP 26 2000

INITIALS OF DEPUTY CLERK

MINUTES FORM 11
CIVIL - GEN                    D 5 M