UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.:  SACV 99-1452-GLT (EEx)         Date:  September 29, 2000

Title: *TONY R. WHITTAKER v. BROOKS PROTECTIVE SERVICES INC., et al.*

DOCKET ENTRY (page 1 of 1)

PRESENT:        HON. ELGIN EDWARDS, MAG. JUDGE

Ellie Gammage          n/a
Deputy Clerk           Court Reporter

Attorneys present for petitioner/plaintiff:    Attorneys present for respondent/defendant:

none present                                   none present

PROCEEDINGS:  [In chambers re motion to dismiss defendant, County of Orange, etc., filed September 22, 2000]

The motion of defendant County of Orange to dismiss the action against it filed September 22, 2000 is DENIED.  No showing of such prejudice as to warrant dismissal has been made in the brief papers presented.

Defendant may, if so advised, seek relief under Rule 37, F.R.Civ.P., if it concludes that further relief is warranted after reviewing plaintiff's answers to interrogatories filed September 25, 2000.

The hearing on the motion is ordered off-calendar.

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTER ON ICMS

OCT - 2 2000

MINUTES FORM 11                    Initials of Deputy Clerk ___

CIVIL-GEN