# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ✗
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. SA CV 99-1452 GLT (EEx)        Date. October 10, 2000

Title. TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

---

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;

date _____

_____
Deputy Clerk

---

PRESENT:

HON. Gary L. Taylor JUDGE

Mary Massello                    None Present
Deputy Clerk                     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS        ATTORNEYS PRESENT FOR DEFENDANTS

None Present                                        None Present

PROCEEDINGS    NOTICE OF MOTION AND MOTION OF DEFENDANT, COUNTY OF ORANGE FOR LEAVE TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT

[In Chambers]

Defendant's Motion for leave to file amended answer is GRANTED. The hearing of October 16, 2000, is taken off-calendar. Defendant's Proposed Answer is deemed filed.

ENTER ON ICMS
OCT 11 2000

/s/

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min5    INITIALS OF DEPUTY CLERK _____