UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No  SA CV 99-1452 GLT (EEx)                Date: October 30, 2000

Title. TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

PRESENT

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson                 None Present
Deputy Clerk                            Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS.    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

PROCEEDINGS   Order Re:  Plaintiff's Motion for Reconsideration of the Court's Decision Dismissing Second Amended Complaint against Defendant Mater Dei High School and Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) and 61

[In Chambers]

Plaintiff's Motion for Reconsideration of the Court's Decision Dismissing Second Amended Complaint against Defendant Mater Dei High School is DENIED  One of the arguments Plaintiff raises is the Court only addressed issues regarding 28 C F R § 50 12 as a self-executing provision  This is incorrect  The Court addressed issues to that effect, as well as to the issue the provision does not actually apply to Mater Dei High School  The hearing of November 6, 2000, is taken off-calendar.

Plaintiff's Motion to Alter or Amend Judgment Pursuant to Fed R. Civ. P 59(e) and 61 is DENIED  The hearing of November 6, 2000, is taken off-calendar

✓ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

G \DOCS\GLTALL\LC\CIVIL\1999\99-1452 min6    INITIALS OF DEPUTY CLERK

ENTER ON ICMS

OCT 3 1 2000

189