UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)   Date. November 27, 2000

Title. TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

PRESENT

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson         None Present
Deputy Clerk                     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS        ATTORNEYS PRESENT FOR DEFENDANTS

None Present                     None Present

PROCEEDINGS   Order Re. Plaintiff's Motion for a New Trial, Relief from Judgment or Order

[In Chambers]

The Court's decision regarding 28 C.F.R § 50 12 has not changed. However, Plaintiff is correct in asserting his Fourteenth Amendment claim against Defendant Roman Catholic Bishop has not been argued before the Court, nor has a determination been made regarding dismissal of this claim. Thus, Plaintiff's § 50 12 claim is dismissed, but Plaintiff's Fourteenth Amendment Claim still exists.

It appears to the Court that a Fourteenth Amendment claim may not be brought against the Roman Catholic Bishop, as the Fourteenth Amendment only applies to state action, and the Bishop is not a state actor Therefore, it appears this claim should be dismissed also However, Plaintiff may have ten days from the date of this order to file any papers he deems appropriate to oppose such a dismissal The hearing of December 4, 2000, is taken off-calendar  The parties will be notified if further briefing or a hearing is necessary.

ENTER ON ICMS

NOV 28 2000

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mn7   INITIALS OF DEPUTY CLERK _____