```
Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TONY R. WHITTAKER, | Case No. SACV 99-1452-GLT (EEx) |
| Plaintiff, | ORDER GRANTING MOTION OF COUNTY OF ORANGE TO COMPEL ANSWERS TO INTERROGATORIES |
| v. | |
| BROOKS PROTECTIVE SERVICES INC., et al., | |
| Defendant. | |

On November 15, 2000, defendant County of Orange filed a motion to compel plaintiff to answer interrogatories. The motion seeks specifically that plaintiff further answer interrogatories 2, 3, 5, and 7-13. The papers plainly show that defendant is entitled to further response by plaintiff. Plaintiff's contention that defendant did not provide information to plaintiff is not a valid objection to defendant's interrogatories. If plaintiff believes defendant has failed to comply with disclosures rules, it is plaintiff's burden to file his own motion. He may not justify his failure to fully respond by complaining that defendant has also failed to produce information



Nor is plaintiff's reference to a common introductory argument a sufficient contention for each interrogatory in issue. His contentions are vague and non-specific. He must fully answer with specific information responsive to each interrogatory. If plaintiff has no specific information responsive to a particular inquiry, he must plainly say that he has no additional information; however, plaintiff is admonished that if he states that he has no further information in response to an interrogatory, he may be precluded from offering additional evidence at trial that he should have disclosed now.

In accordance with the foregoing, hearing on defendant's motion is ordered off-calendar pursuant to Local Rule 7.11, and the motion is GRANTED. Plaintiff shall supplement his answers to interrogatories 2, 3, 5, and 7-13 not later than December 15, 2000, and separately answer each interrogatory fully to the extent that he has responsive information.

Dated. November 30, 2000

Elgin Edwards
United States Magistrate Judge