✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority Send  X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No  SA CV 99-1452 GLT (EEx)            Date  November 29, 2000

Title.  TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

==========================================================================

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;

date _____

Deputy Clerk

==========================================================================

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson             None Present
Deputy Clerk                        Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS:   Order Re: Plaintiff's Filing of Revised Amended Paragraphs, and Cause of Action (Count III) in Second Amended Complaint

[In Chambers]

The Court has received Plaintiff's late "Revised Amended Paragraphs, and Cause of Action (Count III) in Second Amended Complaint against Defendants United States Department of State Diplomatic Security Service, United States Department of Justice Federal Bureau of Investigation, United States Marine Corps:" and deems it filed

ENTER ON ICMS
DEC - 1 2000

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min8    INITIALS OF DEPUTY CLERK _____

212