Name/Address of Attorney or Pro Per
TONY R. WHITTAKER, PRO SE
2018 W. Civic Center Dr. #A
Santa Ana, Ca. 92703
Telephone (714) 558-1550

☐ FPD  ☐ Apptd  ☐ CJA  ☒ Pro Per

Priority — X
Send — X
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

**FILED**
JAN - 2 2001
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

LODGED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TONY R. WHITTAKER

PLAINTIFF(S)

v.

BROOKS PROTECTIVE SERVICES INC. /
MAX SECURITY SERVICES INC., ET AL,

DEFENDANT(S).

CASE NUMBER

SACV-99-01452 GLT (EEX)

Motion, Affidavit and Order re: Appeal In Forma Pauperis:   ☐ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

## MOTION AND AFFIDAVIT

The undersigned TONY R. WHITTAKER, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. TITLE 28 C.F.R. 50.12 IS A SELF-EXECUTING FEDERAL PROVISION THAT INDICATE PRINCIPLES, AND LAY DOWN RULES BY MEANS OF WHICH THOSE PRINCIPLES MAY BE GIVEN FORCE OF LAW.

   b. TITLE 28 C.F.R. 50.12, AND ITS INCORPORATED STATEMENT/DOCUMENT APPLY TO GOVERNMENTAL,

   c. AND NON-GOVERNMENTAL ENTITIES INCLUDING MATER DEI HIGH SCHOOL, A AUTHORIZED NON-GOVERNMENT ENTITY.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor I swear that the following responses are true.

   a. Are you presently employed?  NO

   If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?

   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   County of Los Angeles Department of Public Social Services, $269.00 Cash, $130.00 Food Stamp Disbursements Monthly.

   Toy Whittaker (mother) $50.00
   (one time only request)

   ENTER ON ICMS
   JAN - 3 2001

(continued on page -2-)

## Motion, Affidavit & Order Re Appeal in Forma Pauperis

c.  Are you presently employed in prison?   Yes ☐   No ☒
   If yes, state the number of hours you work per week and the hourly rate of pay.
   _____

d.  Do you own any cash or do you have money in a checking or savings account?
   Yes ☐   No ☒
   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

e.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __NONE__

f.  In what year did you last file an income tax return? __1999__

g.  Approximately how much income did your last tax return reflect? __Approx. $14,500.00__

h.  List the persons who are dependent upon you for support and state your relationship to those persons. __Victoria Lynn Whittaker (Daughter), Antoinette Marie Whittaker (Daughter), Reberta Ann Whittaker (Daughter), Cathy Thuy Dang (Daughter).__

i.  State monthly expenses, itemizing the major items. __$125.00 for monthly sheltered space. My cash Public Assistance Disbursements will end on December 14, 2000; for three (3) months.__

_____ Pro Se
Signature of Party

I declare under penalty of perjury that the foregoing is true and correct.

DATED. __December 04, 2000__   _____
                               Signature of Attorney
                               (Disregard if filed in propria persona)

PAGE 2 (Order on page -3-)

A-18(09/97)   MOTION, AFFIDAVIT AND ORDER RE APPEAL IN FORMA PAUPERIS

## ORDER

(The check mark in the appropriate box indicates the Order made)

☒ THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS <u>DENIED.</u> The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f). There is not currently an appealable order. Any appeal is premature at this point. The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

DATED: 1/2/01

UNITED STATES DISTRICT JUDGE

☐ THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS GRANTED. It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question, and that a transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 735 (f). The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor. The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available to him The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

DATED._____

UNITED STATES DISTRICT JUDGE

PAGE 3

A-18(09/97)    MOTION. AFFIDAVIT AND ORDER RE APPEAL IN FORMA PAUPERS

1  Tony R. Whittaker
   2018 W. Civic Center Dr.#A
2  Santa Ana, Ca. 92703

3  714-558-1550

4

5

6

7                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
8

9  TONY R. WHITTAKER                      ) CASE NO. SACV 99-01452 GLT (EEx)
                                          )
10      Plaintiff,                        ) MOTION FOR LEAVE TO PROCEED ON
                                          ) APPEAL IN FORMA PAUPERIS FROM
11 VS.                                    ) DISTRICT COURT TO COURT OF
   BROOKS PROTECTIVE SERVICES INC./MAX    ) APPEALS; Pursuant To Fed. Rules
12 SECURITY SERVICES INC., UNITED STATES  ) Appellate Procedure 24(a):
   DEPARTMENT OF STATE DIPLOMATIC SECURITY)
13 SERVICE, UNITED STATES DEPARTMENT OF   )
   JUSTICE FEDERAL BUREAU OF INVESTIGATION,)
14 UNITED STATES MARINE CORPS, CITY OF LOS)
   ANGELES POLICE DEPARTMENT, COUNTY OF   )
15 ORANGE SHERIFF'S DEPARTMENT, COUNTY OF )
   ORANGE SOCIAL SERVICES AGENCY, CITY OF ;
16 WESTMINSTER POLICE DEPARTMENT, CITY OF )
   SANTA ANA POLICE DEPARTMENT, MATER DEI HIGH)
17 SCHOOL, MOBILEHOME COMMUNITY MANAGEMENT INC)
   /DEL PRADO MOBILEHOME PARK, MONTEREY MOBILE)
18 HOME SALES INC., MILNER HOTELS INC.,   )
   GREYHOUND LINES INC., In his individual)
19 capacity, RON PASCAL, In his individual)
   capacity, CHARLEY FREEMAN, In her individual
20 capacity, SILVIA HANER, In his individual )
   capacity, ANTHONY TATE, In his individual )
21 capacity, RAVISHANKER VAVULLI, In his  )
   individual capacity, MIKE BAUER, In his )
22 individual capacity, HARRIS BAILEY, In his )
   individual capacity, JOHN EBERWINE, In his )
23 individual capacity, FREDERICK PATERSON,)
   DOES 1 THRU 10,                        )
24      Defendant.                        )

25      Plaintiff, TONY R. WHITTAKER IN PRO SE respectfully submit his

26 Motion For Leave To Proceed On Appeal In Forma Pauperis From

27 District Court To Court Of Appeals with attached Affidavit, and ask

28 the court to grant his Motion and Affidavit on the following reasons

                                    2.

1 herein and in the Affidavit.

2 Plaintiff is unemployed since his termination from employment at
3 Mater Dei High School on March 31, 1999. The malicious obsession of Law
4 enforcement Co-Defendants in this case and their persistence to FRAME,
5 and HARM Plaintiff when ever he leave his home, impede Plaintiff's
6 ability to seek and obtain prospective employment opportunities, and
7 ability to maintain prospective employment opportunities without
8 contingency of unwarranted and unlawful actions by Law enforcement Co-
9 Defendants in this case at any employer Plaintiff gain employment, as
10 occurred at Defendant MATER DEI HIGH SCHOOL.

11 **ISSUES TO BE PRESENTED ON APPEAL:**

12 The statement of issues Plaintiff intend to present on appeal are;
13 (1.) Title 28 C.F.R.50.12 is a self-executing Federal Provision,that
14 indicate principles, and lay down rules by means of which those
15 principles may be given force of law.
16 (2.) Title 28 C.F.R.50.12, and its incorporated statement/document
17 apply to governmental and non-governmental entities including Defendant
18 MATER DEI HIGH SCHOOL (a non-governmental entity) who is authorized to
19 submit prospective employee's fingerprints for identification records
20 information, and receive identification records information regarding
21 same prospective employee's fingerprints from the F.B.I.(Federal Bureau
22 Of Investigation); whether Defendant MATER DEI HIGH SCHOOL receive the
23 Identification records information from the F.B.I. as the Receiving
24 Department, or through a "Liaison" as the Related-Agency, or Other
25 Athorized Entity, as in this case, City Of Santa Ana Police Department
26 (a local governmental agency).

27 **PLAINTIFF IS ENTITLED TO REDRESS:**

28 Title 28C.F.R.50.12 and its incorporated statement/document is a

3.

two(2) part Federal Provision.

PART (A), supplies sufficient rule(s) by means of which the right(s) given may be enjoyed and protected; such as, (1.) Subsection (b) which state, Records Obtained Under This Authority May Be Used Solely For The Purpose Requested And Cannot Be Disseminated Outside The Receiving Departments, Related Agencies, Or Other Authorized Entities," and "Officials At The Governmental Institutions And Other Entities Authorized To Submit Fingerprints And Receive F.B.I. Identification Records Under This Authority Must Notify The Individuals Fingerprinted That The Fingerprints Wil Be Used To Check The Criminal History Records Of The F.B.I.," give Plaintiff a right to protection of privacy, and also lay down rule(s) to prevent malicious defamation of Plaintiff's character and professional reputation as occurred by Defendant MATER DEI HIGH SCHOOL during their willful participation in a unlawful conspiracy with law enforcement Co-Defendant's Obstruction of Justice, and deliberately FRAMING Plaintiff involved in criminal/terrorist acts.

Such as (2.) Subsection (b) which state, "The Officials Making The Determination Of Suitability For Licensing Or Employment Shall Provide The Applicants The Opportunity To Complete, Or Challenge The Accuracy Of, The Information Contained In The F.B.I. Identification Record," " These Officials Also Must Advise The Applicants That Procedures For Obtaining A Change, Correction, Or Updating Of An F.B.I. Identification Record Are Set Forth In 28 C.F.R.16.34," and "Officials Making Such Determination Should Not Deny The License Or Employment Based On Information In The Record Until The Applicant Has Been Afforded A Reasonable Time To Correct Or Complete The Record, Or Has Declined To Do So," give Plaintiff right(s) to exercise First Amendment free speech and redress, and prevent deprivation by Defendant MATER DEI HIGHSCHOOL

4.

1  (3.) The final statement of Subsection (b) which state, "This Policy
2  Is Intended To Ensure That All Relevant Criminal Record Information Is
3  Made Available To Provide For The Public Safety. And, Further, To Protect
4  The Interest Of The Prospective Employee/Licensee Who May Be Affected By
5  The Information Or Lack Of Information In An Identification Record,"
6  is the only part of Title 28 C.F.R.50.12 that indicates principles which
7  actually support all preceding rules in its intentions to ensure
8  protection of given right(s) that Plaintiff enjoy, including his rights
9  and interest to gain prospective employment, and most importantly his
10 ability to maintain the prospective employment he gain. Plaintiff was
11 denied all of these rights and privileges, and protections by Defendant
12 MATER DEI HIGH SCHOOL.

13    Although Title 28 C.F.R.50.12 make inferences to (Receiving
14 Departments, Related Agencies, Or Other Authorized Entities) in vague
15 term as to specifics, the incorporated statement/document of the Federal
16 Federal Provision which Plaintiff describe as PART (B) herein, clearly
17 state in broad term, "Governmental And Non-Governmental Entities
18 Authorized To Submit Fingerprints And Receive F.B.I. Identification
19 Records," and further affirms Plaintiff's right(s) and privileges,
20 stating," An Individual Should Be Presumed Not Guilty Of Any Charge/
21 Arrest For Which There Is No Final Disposition Stated On The Record Or
22 Otherwise Determind, also denied Plaintiff by Defendant MATER DEI HIGH
23 SCHOOL.

24    The statement in Subsection (b), "A Statement Incorporating These Use
25 And-Challenge Requirements Will Be Placed On All Records Disseminated
26 Under This Program," also give enforcement of the rules when the F.B.I.
27 present the incorporated statement/document with fingerprint records
28 identification information received by a governmental or non-government

1  entity such as Defendant MATER DEI HIGH SCHOOL. This incorporated
2  statement/document was not considered when the court granted Defendant
3  MATER DEI HIGH SCHOOL Dismissal pursuant to Federal rules Of Civil
4  Procedure 12 (b)(6), "Failure To State A Claim Upon Which Relief Can Be
5  Granted."

6      Wherefore, Plaintiff respectfully ask the court to grant his Motion
7  and Affidavit.

                                        Respectfully Submitted

                                        TONY R. WHITTAKER PRO SE

6.