Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)          Date. January 5, 2001

Title. TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

---

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

---

PRESENT

   HON. Gary L. Taylor JUDGE

      Kathleen Gault-Peterson                None Present
         Deputy Clerk                     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS

         None Present                        None Present

PROCEEDINGS    Order DENYING Motion to Dismiss Fourteenth Amendment Cause of Action against Defendant Roman Catholic Bishop

[In Chambers]

   The Court has received Plaintiff's opposition and Defendant's reply. Plaintiff appears to have properly pled his Fourteenth Amendment cause of action by alleging the Santa Ana Police "persuaded Mater Dei High School to terminate Plaintiff's employment." If proven true this could be the basis for a finding there was an agreement between the Roman Catholic Bishop and the police. In reaching this decision, the Court relies upon the Ninth Circuit case of Johnson v. Knowles, which states "[A]n agreement between government and a private party can create state action." 113 F 3d 1114, 1119 (9th Cir 1997) If there is no evidence to support the finding of an agreement, a summary judgment motion may be brought.

ENTER ON ICMS

JAN - 8 2001

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min9    INITIALS OF DEPUTY CLERK _____