UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority  ✗
Send  ✗
Enter  ___
Closed  ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only ___

CIVIL MINUTES - GENERAL

Case No  SA CV 99-1452 GLT (EEx)                     Date  January 4, 2001

Title  TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

Deputy Clerk

PRESENT:

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson                  None Present
Deputy Clerk                             Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS      ATTORNEYS PRESENT FOR DEFENDANTS

None Present                             None Present

PROCEEDINGS    Order Re. Request of Defendant, County of Orange, that the Court, on its Own Motion, Revisit the Issue Whether this Action should be Dismissed

[In Chambers]

   The Court has received Defendant County of Orange's Request   At this time, the Court will not revisit this issue   Defendant may properly file other dispositive motions, such as a Motion for Summary Judgment, if Defendant believes Plaintiff's action is unsupported by evidence.

ENTER ON ICMS

JAN - 8 2001

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mm10          INITIALS OF DEPUTY CLERK _____