Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No  SA CV 99-1452 GLT (EEx)                    Date  January 4, 2001

Title.  TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

PRESENT.

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson                    None Present
Deputy Clerk                               Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS    Order Re. Motion to Set Aside Exemptions in Fed.R.Civ.P. 65.1, and Temporary Restraining Order and Preliminary Injunction May Issue

[In Chambers]

On April 3, 2000, the Court denied Plaintiff's previous motion to set aside exemptions that a restraining order may issue  Plaintiff has renewed his motion to have the exemptions set aside  The Court denies Plaintiff's request  Plaintiff has reiterated many of the allegations set forth in his complaint regarding an alleged conspiracy against him.  Plaintiff has also brought additional information to the Court's attention regarding "law enforcement Defendants, and "Does Not Named" [who] were involved in aiding and causing the death of a witness "  As before, Plaintiff has not made the required showing of "real and immediate" harm required under City of Los Angeles v. Lyons, 461 U.S. 95, 102 (1983)  Plaintiff's motion is therefore denied.  The January 8, 2001, hearing is ordered off-calendar

ENTER ON ICMS

JAN -8 2001

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 mm11          INITIALS OF DEPUTY CLERK _____