UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

```
Priority
Send     X
Enter    ___
Closed   ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```

Case No.  SACV 99-1452-GLT (EEx)          Date: 2/14/01

Title:  WHITTAKER v. BROOKS, ET AL

========================================================================

PRESENT:

   THE HONORABLE GARY L. TAYLOR, JUDGE

   KATHLEEN GAULT PETERSON                 NONE PRESENT
        Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

none present                          none present


PROCEEDINGS:     IN CHAMBERS--RE: PLAINTIFF'S MOTION SUPPLEMENT

   Following the Court's denial of Plaintiff's request for an independent investigation, the Court received Plaintiff's supplemental brief. The supplemental presentation does not change the Court's earlier ruling. Plaintiff can report any suspected criminal activity to the appropriate police agency.


MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL - GEN



ENTER ON ICMS
FEB 15 2001

