Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No  SA CV 99-1452 GLT (EEx)                     Date  March 13, 2001

Title.  TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

---

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;

date _____

Deputy Clerk

---

PRESENT·

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson                         None Present
Deputy Clerk                                    Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS        ATTORNEYS PRESENT FOR DEFENDANTS

None Present                                    None Present

PROCEEDINGS       Plaintiff's Motion Requesting a Hearing on the Merits

[In Chambers]

The Court has read and considered the Plaintiff's Motion Requesting a Hearing on the Merits   There is no basis for the Court to have a hearing, and Plaintiff may report his contentions to an appropriate law enforcement agency   For this reason and the reasons detailed in the Court's January 31, 2001, and February 14, 2001 Orders, this motion is denied.

The hearing on the foregoing motion scheduled for March 26, 2001, is hereby taken off-calendar

ENTER ON ICMS
MAR 14 2001

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min12           INITIALS OF DEPUTY CLERK _____