```
Priority  ☒
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only
```

**FILED**
MAR 16 2001
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TONY R. WHITTAKER<br><br>　　　　Plaintiff(s),<br><br>vs<br><br>BROOKS PROTECTIVE SERVICES, ET AL<br><br>　　　　Defendant(s), | SA CV 99-1452-GLT (EEx)<br><br>**ORDER RE:**<br>**1. EARLY MEETING OF PARTIES**<br>**2. SCHEDULING CONFERENCE**<br><br>Set for. _MAY 7, 2001_____<br><br>TIME· 9 00 a m.<br>COURTROOM 10D<br>(Fed R Civ. P 16(b) and 26(f)) |

This action has been assigned to the calendar of JUDGE GARY L TAYLOR  The responsibility for the progress of Federal Court litigation is upon both the attorneys and the Court  In order "to secure the just, speedy, and inexpensive determination of every action" (F.R Civ.P. 1), counsel must be completely familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California, and keep the Court advised concerning the status of this case  Filing directly in the Southern Division at Santa Ana is encouraged

1. <u>Early Meeting of Parties</u>

IT IS ORDERED that, pursuant to Fed. R civ P 26(f), the parties shall meet to disclose information and confer on a discovery plan at least 14 days before the Scheduling Conference, and report in writing to the Court within 10 days after the meeting  Failure to comply may lead to imposition of sanctions.

```
✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD
```

**ENTER ON ICMS**
MAR 19 2001

2/01



2. <u>Scheduling Conference</u>

IT IS FURTHER ORDERED that this case is placed on calendar for a Scheduling Conference (Fed R Civ P 16(b)) on the date and time stated in the caption of this Order in Courtroom 10D of the United States Courthouse, <u>411 West Fourth Street, Santa Ana, California</u>

Unless excused for good cause, each counsel appearing at the Scheduling Conference and at all pretrial meetings shall be the attorney who will be in charge of the conduct of the trial   Continuance of the Scheduling Conference will be granted only upon a showing of good cause

The court invites any counsel who would otherwise be traveling from outside Orange County to participate in the Scheduling Conference by telephone conference call   Counsel desiring to participate by telephone conference call MUST notify the Courtroom Deputy Clerk, Kathy Peterson, at (714) 338-4757 of such intention <u>during the week before</u> the Scheduling Conference   The phone number, time to place the call, and the person who will place the call, will be established upon confirmation from the Courtroom Deputy Clerk   Counsel from Orange County are expected to participate in the Scheduling Conference in person unless otherwise instructed by the Court

If there is a first appearance by any party after the date of this Order, counsel for Plaintiff shall give notice of this Order to that party.

DATED __MARCH 16, 2001_____

GARY L TAYLOR
UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk to
Judge Gary L. Taylor.
Kathy Peterson
(714) 338-4757