CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - APPEALS

Priority Send  X
Enter  X
Closed  X
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No  SACV- 99-1452-GLT (EEx)
U.S.C.C.A. Case No  00-57209          Date. 4/27/01

TITLE.  TONY R. WHITTAKER v. BROOKS PROTECTIVE SERVICES, INC., ET AL

PRESENT· THE HONORABLE GARY L. TAYLOR, JUDGE

Kathy Peterson                              Not present
Deputy Clerk                                Court Reporter

ATTORNEYS FOR PLAINTIFF                     ATTORNEYS FOR DEFENDANTS

1) Tony Whittaker                           Cecil Marr, Laurence Watson,
                                            Joseph Fletcher, Jeffrey Epstein,
                                            Michael Peffer, Lucille Baugham,
                                            John Nordin, AUSA,

PROCEEDINGS  FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

__ IN COURT        X  IN CHAMBERS              X  COUNSEL NOTIFIED
                  (No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals

__ Affirming      __ Remanding         __ Reversing and Remanding

__ Affirming in part, reversing in part    XX  Dismissing Appeal

__ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of
   Appeals in the amount of·
   $ _____ on _____

__ Other _____

is hereby filed and spread upon the minutes of this U S District Court.

(ENTERED _____ )              __ MAKE JS-5

                                Initials of Deputy Clerk __

CV-48 (02/98)          CIVIL MINUTES - APPEALS
✓ Docketed
✓ Copies / NTC Sent
__ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

ENTER ON ICMS
APR 3 0 2001