JUDGMENT

```
===============Priority=================================
              Send       X
              Enter     ___
              Closed    ___       UNITED STATES COURT OF APPEALS
              JS-5/JS-6 ___           FOR THE NINTH CIRCUIT
              JS-2/JS-3 ___
              Scan Only ___    ---------------
```



NO. 00-57209
CT/AG# CV-99-01452-GLT

TONY R. WHITTAKER

        Plaintiff - Appellant

  v.

BROOKS PROTECTIVE SERVICES, INC.; MAX SECURITY SERVICES,
INC.; LOS ANGELES POLICE DEPARTMENT; ORANGE COUNTY SHERIFF'S
DEPARTMENT; ORANGE COUNTY SOCIAL SERVICES AGENCY;
WESTMINSTER POLICE DEPARTMENT; SANTA ANA POLICE DEPARTMENT;
MOBILEHOME COMMUNITY MANAGEMENT INC.; DEL PRADO MOBILE HOME
PARK; MONTEREY MOBILEHOME SALES INC.; MILNER HOTELS INC.;
RON PASCAL, in his individual capacity; CHARLEY FREEMAN, in
his individual capacity; SILVIA HANER, in her individual
capacity; ANTHONY TATE, in his individual capacity;
RAVISHANKER VAULLI, in his individual capacity; GREYHOUND
LINES, INC.; MIKE BAUER, in his individual capacity; HARRIS
BAILEY, in his individual capacity; JOHN EBERWINE, in his
individual capacity; FREDERICK PATERSON

        Defendants

        and

MATER DEI HIGH SCHOOL, esa Roman Catholic Bishop of Orange;
U.S. DEPARTMENT OF STATE DIPLOMATIC SECURITY; THE FEDERAL
BUREAU OF INVESTIGATION; UNITED STATES MARINE CORPS

        Defendants - Appellees

---------------

        APPEAL FROM the United States District Court for the

    Central District of California (Santa Ana).

```
       ✓ Docketed
       ✓ Copies / NTG Sent
       ___ JS - 5 / JS - 6
       ___ JS - 2 / JS - 3
       ___ CLSD
```



ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is dismissed.

Filed and entered : February 20, 2001

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 1 6 2001

by _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 20 2001
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONY R. WHITTAKER, <br><br> Plaintiff-Appellant, <br> v. <br><br> BROOKS PROTECTIVE SERVICES, INC., et al., <br><br> Defendants, <br> and <br><br> U.S. DEPARTMENT OF STATE DIPLOMATIC SECURITY, <br><br> Defendant-Appellee. | No. 00-57209 <br><br> DC# CV-99-01452-GLT <br> Central California <br> (Santa Ana) <br><br> ORDER |

Before: GOODWIN, LEAVY and THOMAS, Circuit Judges

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

TRUE COPY
CATHY A CATTERSON
Clerk of Court
ATTEST

APR 16 2001

by _____
Deputy Clerk

S:\PROSE\panelords\2.01\February12\00-57209.wpd

INTERNAL USE ONLY: Proceedings include all events.
00-57209 Whittaker v. Brooks Protective, et al

| | |
|---|---|
| TONY R. WHITTAKER<br>    Plaintiff - Appellant | Tony R. Whittaker<br>714-558-1550<br>No. A<br>[NTC prs]<br>2018 W. Civic Center Drive<br>Santa Ana, CA 92703 |
| v. | |
| BROOKS PROTECTIVE SERVICES, INC.<br>    Defendant | |
| AX SECURITY SERVICES, INC.<br>    Defendant | |
| LOS ANGELES POLICE DEPARTMENT<br>    Defendant | Cecil Marr, Esq.<br>213/485-6370<br>1800 City Hall East<br>[COR LD NTC dca]<br>OFFICE OF THE CITY ATTORNEY<br>200 North Main Street<br>Los Angeles, CA 90012 |
| ORANGE COUNTY SHERIFF'S DEPARTMENT<br>    Defendant | Laurence M. Watson, Esq.<br>714/834-6255<br>[COR LD NTC cc]<br>OFFICE OF THE COUNTY COUNSEL<br>10 Civic Center Plaza<br>P.O. Box 1379<br>Santa Ana, CA 92702-1379 |
| ORANGE COUNTY SOCIAL SERVICES AGENCY<br>    Defendant | Laurence M. Watson, Esq.<br>(See above)<br>[COR LD NTC cc] |
| WESTMINSTER POLICE DEPARTMENT<br>    Defendant | Jeffrey M. Epstein, Esq.<br>714-953-5300<br>[COR LD NTC ret]<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, CA 92701 |
| SANTA ANA POLICE DEPARTMENT<br>    Defendant | Joseph W. Fletcher<br>714/647-5201<br>Suite M29<br>[COR LD NTC dca]<br>CITY ATTORNEY'S OFFICE<br>20 Civic Center Drive<br>Santa Ana, CA 92701 |
| MATER DEI HIGH SCHOOL, esa Roman Catholic Bishop of | Michael Peffer<br>213-624-8700 |

INTERNAL USE ONLY: Proceedings include all events.
0-57209 Whittaker v. Brooks Protective, et al

| | |
|---|---|
| ange<br>    Defendant - Appellee | 16th Floor<br>[COR LD NTC ret]<br>LYNBERG & WATKINS<br>International Tower Plaza<br>888 South Figueroa Street<br>Los Angeles, CA 90017 |
| OBILEHOME COMMUNITY<br>MANAGEMENT INC.<br>    Defendant | |
| L PRADO MOBILE HOME PARK<br>    Defendant | |
| ONTEREY MOBILEHOME SALES INC<br>    Defendant | |
| ILNER HOTELS INC.<br>    Defendant | Lucille H. Baugham<br>818-564-1641<br>Suite 12<br>[COR LD NTC ret]<br>LAW OFFICES OF LUCILLE H.<br>BAUGHAM<br>101 E. Green Street<br>P.O. Box 50187<br>Pasadena, CA 91115-0187 |
| ON PASCAL, in his individual<br>capacity<br>    Defendant | |
| ARLEY FREEMAN, in his<br>individual capacity<br>    Defendant | |
| ILVIA HANER, in her<br>individual capacity<br>    Defendant | |
| NTHONY TATE, in his<br>individual capacity<br>    Defendant | |
| AVISHANKER VAULLI, in his<br>individual capacity<br>    Defendant | Lucille H. Baugham<br>(See above)<br>[COR LD NTC ret] |
| .S. DEPARTMENT OF STATE<br>DIPLOMATIC SECURITY<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>[COR LD NTC aus]<br>USLA - OFFICE OF THE U.S.<br>ATTORNEY<br>Civil Division<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |

INTERNAL USE ONLY: Proceedings include all events.
00-57209 Whittaker v. Brooks Protective, et al

| | |
|---|---|
| THE FEDERAL BUREAU OF INVESTIGATION<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>(See above)<br>[COR LD NTC aus] |
| UNITED STATES MARINE CORPS<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>(See above)<br>[COR LD NTC aus] |

GREYHOUND LINES, INC.
     Defendant

MIKE BAUER, in his individual capacity
     Defendant

ARRIS BAILEY, in his individual capacity
     Defendant

JOHN EBERWINE, in his individual capacity
     Defendant

FREDERICK PATERSON
     Defendant