Priority   X
Send   X
Enter
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)     Date. June 6, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

Deputy Clerk

PRESENT

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson     None Present
Deputy Clerk     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS     ATTORNEYS PRESENT FOR DEFENDANTS

None Present     None Present

PROCEEDINGS:    Order Denying Plaintiff's Motion for Relief from Summary Judgment

[In Chambers]

    Under Federal Rule of Civil Procedure 60(b), a court may relieve a party from a final judgment or order on the grounds of mistake, inadvertence, surprise, or excusable neglect. None of the elements for relief is present here.

    In addition, Plaintiff has not demonstrated the Court failed to consider material facts presented to the Court for its decision as required by Local Rule 7.16.

    The hearing on the motion scheduled for June 11, 2001, is taken off-calendar.

ENTER ON ICMS
JUN 7 2001

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452.min13     INITIALS OF DEPUTY CLERK _____