UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No  SA CV 99-1452 GLT (EEx)                    Date: June 8, 2001

Title. TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date,
date _____

_____
Deputy Clerk

PRESENT

HON. Gary L. Taylor JUDGE

Kathleen Gault-Peterson                     None Present
Deputy Clerk                                Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS

None Present                                None Present

PROCEEDINGS:    Plaintiff's Emergency Notice and Request for an Independent Criminal Investigation

[In Chambers]

The Court has received Plaintiff's Notice and declines to take any action.

✓ Docketed
Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS
JUN 11 2001

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min14           INITIALS OF DEPUTY CLERK