```
Priority  ✗
Send      ✗
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```



FILED
JUN 1 3 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION OF SANTA ANA
                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TONY R. WHITTAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>BROOKS PROTECTIVE SERVICES INC., et al.,<br><br>  Defendant. | Case No. SACV 99-1452-GLT (EEx)<br><br>ORDER GRANTING MOTION OF CITY OF LOS ANGELES FOR ORDER TO COMPEL ANSWERS TO INTERROGATORY AND TO PRODUCE DOCUMENTS |

On May 7, 2001, defendant City of Los Angeles filed a "Motion re Joint Stipulation of Discovery Issues." The motion seeks specifically that plaintiff be ordered to further answer without objection interrogatory 3 and to respond and produce documents responsive to requests for production 1-10. The papers plainly show that defendant is entitled to the granting of the motion. Plaintiff waived any objection by failing to timely respond when served with the interrogatory and requests for production. He also failed to contribute his contentions to the joint stipulation for each interrogatory and request in issue as required by Local Rule 7.15.

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS
JUN 1 4 2001
300

1  An examination of the discovery in issue shows no reason why the
2  motion should not be granted in its entirety.

3  County of Los Angeles also moves for monetary sanctions against
4  plaintiff pursuant to Rule 37(a)(4), F.R.Civ.P.; however, the motion
5  is not accompanied by declaration or other evidence supporting either
6  the hours or hourly rate for which the sanctions are sought, and the
7  amount sought includes time for a court appearance which has not
8  occurred yet. While County of Los Angeles is entitled to monetary
9  sanctions, the papers are inadequate to permit the Court to evaluate
10 them or to enable plaintiff to contest them with specificity.

11 In accordance with the foregoing, hearing on defendant's "Motion
12 re Joint Stipulation of Discovery Issues," filed May 7, 2001, is
13 ordered off-calendar pursuant to Local Rule 7.11, and the motion is
14 GRANTED, except as to the request for monetary sanctions. Plaintiff
15 is ORDERED to answer interrogatory 3 and respond and produce all
16 documents responsive to requests for production 1-10 not later than
17 June 29, 2001. Plaintiff is admonished that the failure to timely
18 comply with this order may entitle defendant to an order for
19 sanctions pursuant to Rule 37(b)(2), F.R.Civ.P., which may include
20 a striking of part or all of the allegations of the complaint.

21 Defendant's request for monetary sanctions is denied without
22 prejudice to defendant's filing a new motion limited to the issue of
23 the amount of sanctions warranted, based on the hours expended and
24 the reasonableness of the same and the reasonableness of the hourly
25 rate for which compensation is sought.

26 Dated: June /2, 2001

Elgin Edwards
United States Magistrate Judge

2