Priority
Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No  SA CV 99-1452 GLT (EEx)                           Date:  June 15, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

---

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;

date _____

Deputy Clerk

---

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson                    None Present
Deputy Clerk                                Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS:     Clarification of Order Denying Plaintiff's Motion for Relief from Summary Judgment

[In Chambers]

On June 6, 2001, this Court issued a Minute Order which denied Plaintiff's Motion for Relief from Summary Judgment. The Court has previously declined to re-open case SA CV 99-01471, and that ruling remains the same

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS
JUN 18 2001

G \DOCS\GLTALL\LC2\CIVIL\1999\99-1452 min15                INITIALS OF DEPUTY CLERK _____

306