UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.:  SACV 99-1452-GLT (MLGx)                    Date:  July 6, 2001

Title:  *TONY R. WHITTAKER v. BROOKS PROTECTIVE SERVICES INC., et al.,*

---

DOCKET ENTRY (page 1 of 1)

---

PRESENT:          HON. MARC L. GOLDMAN, MAGISTRATE JUDGE

           Ellie Gammage           n/a
           Deputy Clerk            Court Reporter

Attorneys present for petitioner/plaintiff:        Attorneys present for respondent/defendant:

none present                                        none present

PROCEEDINGS:   [In chambers re plaintiff's notice of motion and motion
               to alter or amend judgment, etc. filed June 25, 2001]

    On June 13, 2001, United States Magistrate Judge Elgin Edwards entered an order in this case granting the defendant's motion to compel.  On June 25, 2001, plaintiff, acting *pro se*, filed a pleading, addressed to Judge Edwards, styled as a "Motion to Alter or Amend Judgment, etc."  Having reviewed plaintiff's motion, I find that it is intended to be a motion for reconsideration of Judge Edwards' order, pursuant to Local Rule 3.3.1  Accordingly, the motion shall be brought to the attention of the Hon. Gary L. Taylor, the district judge assigned to the case.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



ENTER ON ICMS

JUL - 9 2001

MINUTES FORM 11                                     Initials of Deputy Clerk ____

CIVIL-GEN