# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. SA CV 99-1452 GLT (EEx)          Date: July 9, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

========================================================================

DOCKET ENTRY:

    I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

_____
Deputy Clerk

========================================================================

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson          None Present
Deputy Clerk                     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                        None Present

PROCEEDINGS:   Plaintiff's Motion to Alter or Amend Judgment

[In Chambers]

    The Court has received Plaintiff's Motion to Alter or Amend Judgment and will treat it as a motion for reconsideration of the Magistrate Judge's Discovery Order of June 13, 2001. The analysis and conclusions of the Magistrate Judge are well-reasoned and correct. The motion to reconsider the Magistrate Judge's Discovery Order is DENIED, that Order is adopted by this Court, and Plaintiff is ordered to comply with that Order.



ENTER ON ICMS
JUL 13 2001

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452.magreconsidermin     INITIALS OF DEPUTY CLERK ____

314