UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ☒
Send ☒
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. SA CV 99-1452 GLT (EEx)    Date: July 11, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

_____
Deputy Clerk

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson            None Present
Deputy Clerk                       Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:    Motion to Dismiss Claims Against Federal Defendants

[In Chambers]

    The Motion to Dismiss Claims Against Federal Defendants set for hearing on July 16, 2001, is taken off-calendar. This matter is under submission. The Court will advise the parties if oral argument is needed.

ENTER ON ICMS
JUL 13 2001

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452.min16    INITIALS OF DEPUTY CLERK _____

315