Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)   Date: July 25, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

================================================================

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
date _____

_____
Deputy Clerk

================================================================

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson          None Present
Deputy Clerk                     Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                        None Present

PROCEEDINGS:   Response to Plaintiff's Request for Clarification of Order Granting Defendant City of Los Angeles Police Department's Motion to Compel

[In Chambers]

On July 9, 2001, this Court issued a Minute Order adopting the Magistrate Court's June 13, 2001 Order Granting Defendant City of Los Angeles Police Department's Motion to Compel. In this Court's July 9, 2001 Minute Order, the Court stated the Magistrate Judge's Discovery Order was adopted by this Court, and Plaintiff was ordered to comply with the Discovery Order.

Neither the Minute Order nor the Discovery Order was vague. Plaintiff is ordered to comply with Defendants' discovery requests. Plaintiff must disclose **all** information he has in response to the discovery requests.

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS

JUL 27 2001

INITIALS OF DEPUTY CLERK

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452.min17

