```
                                                              Priority    X
                                                              Send        X
                                                              Enter    _____
                         UNITED STATES DISTRICT COURT         Closed   _____
                         CENTRAL DISTRICT OF CALIFORNIA       JS-5/JS-6 _____
                                                              JS-2/JS-3 _____
                                                              Scan Only _____
```

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)                Date: August 21, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

========================================================================

DOCKET ENTRY:

> I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date;
> date _____
>
> _____
> Deputy Clerk

========================================================================

PRESENT:

**HON. Gary L. Taylor JUDGE**

Kathleen Gault-Peterson                   None Present
Deputy Clerk                              Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS:    Order Re: Plaintiff's Motion for a New Trial

[In Chambers]

The Court has received Plaintiff's Motion for a New Trial as to Federal Defendants, which the Court construes as a Motion for Reconsideration of this Court's July 25, 2001 Order Granting Federal Defendants' Motion to Dismiss Second Amended Complaint with prejudice. The Court has reviewed its July 25, 2001 Order, and in light of the fact that Plaintiff has provided no new evidence for the Court to consider with respect to reconsideration, the Court denies Plaintiff's Motion.

Additionally, part of Plaintiff's Motion requests leave to amend his Complaint to include U.S. Secret Service (Presidential Detail) as a defendant. However, Plaintiff has not set forth adequate facts to warrant the addition of this agency.

Plaintiff's Motion is DENIED, and the hearing scheduled for August 27, 2001, is hereby taken off-calendar.



ENTER ON ICMS
AUG 22 2001

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452\99-1452.min17    INITIALS OF DEPUTY CLERK _____