Name/Address of Attorney or Pro Per
Tony R. WHITTAKER, Pro Se
403 East 5th Street, Apt #241
Los Angeles, CA 90013
Telephone (323) 251-3615

☐ FPD ☐ Apptd ☐ CJA ☒ Pro Per

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
OCT - 4 2001
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tony R. WHITTAKER

PLAINTIFF(S),

v.

Brooks Protective Services Inc./
Max Security Services Inc., et al.

DEFENDANT(S).

CASE NUMBER

SACV-99-01452 GLT (EEx)

Motion, Affidavit and Order re: Appeal In Forma Pauperis:
☐ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

## MOTION AND AFFIDAVIT

The undersigned Tony R. Whittaker a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

    a. Federal Defendants/United States Agencies cannot use Sovereign Immunity to Obstruct Justice,

    b. Frame Citizens, and Deny Redress. (B.) Citizens must gain Redress from United States

    c. Agencies who Adopt, Encourage, and Finance unlawful acts of its U.S. Officers against Citizens. (C.) Second Amended Complaint: Revised Amended Paragraphs be sustained.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

    a. Are you presently employed? __No__

    If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?

    If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

    County of Los Angeles Department of Public Social Services $221 in Cash, $130.00 Food Stamps. Disbursement that ended June 2001 due to Defendants malicious acts to block financial resources, or any possible job opportunities through the GROW Program.

(continued on page -2-)

A-18(09/97)  Motion, Affidavit & Order Re Appeal in Forma Pauperis

(343)

## Motion, Affidavit & Order Re Appeal in Forma Pauperis

c. Are you presently employed in prison?   Yes ☐   No ☒
If yes, state the number of hours you work per week and the hourly rate of pay.
_____

d. Do you own any cash or do you have money in a checking or savings account?
   Yes ☐   No ☒
If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _____NONE_____

f. In what year did you last file an income tax return? __1999__

g. Approximately how much income did your last tax return reflect? _APPROXIMATELY $11,500.00_

h. List the persons who are dependent upon you for support and state your relationship to those persons.
VICTORIA LYNN WHITTAKER (DAUGHTER), ANTONETTE MARIE WHITTAKER (DAUGHTER), ROBERTA ANN WHITTAKER (DAUGHTER), CATHY THUY

i. State monthly expenses, itemizing the major items. SPRINT PCS $49.99 MONTHLY, TELEPHONE NUMBER OF COURT RECORD,
_____

_____J.R. Whittaker_____ PRO SE
Signature of Party

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _October 01, 2001_

Signature of Attorney
(Disregard if filed in propria persona)

PAGE 2 (Order on page -3-)

A-18(09/97)   MOTION, AFFIDAVIT AND ORDER RE APPEAL IN FORMA PAUPERIS

## ORDER

(The check mark in the appropriate box indicates the Order made)

☒ THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS <u>DENIED.</u> The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

DATED: October 3, 2001 _____
UNITED STATES DISTRICT JUDGE


☐ THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS GRANTED. It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question, and that a transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 735 (f). The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor. The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available to him. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

DATED:_____   _____
UNITED STATES DISTRICT JUDGE

A-18(09/97)   MOTION, AFFIDAVIT AND ORDER RE APPEAL IN FORMA PAUPERS