UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority   X
Send       X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. SA CV 99-1452 GLT (EEx)                    Date: November 1, 2001

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

PRESENT:

HON. Gary L. Taylor JUDGE

Lisa Bredahl                                None Present
Deputy Clerk                                Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS:    Plaintiff's Request For Final Judgment on All of Plaintiff's Claims Against All Defendants

[In Chambers]

The Court received Plaintiff's Request for Final Judgment. Plaintiff's Request does not provide any substantive basis for a judgment on the merits and is procedurally improper.

Plaintiff's Request for Final Judgment is DENIED.



ENTER ON ICMS
NOV -5 2001

G:\DOCS\GLTALL\Ext\Fall2001\99-1452.min11-2-02.wpd      INITIALS OF DEPUTY CLERK