Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. <u>SA CV 99-1452 GLT (EEx)</u>          Date: <u>November 26, 2001</u>

Title: <u>TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.</u>

PRESENT:

    **HON. <u>Gary L. Taylor</u> JUDGE**

| | |
|---|---|
| <u>Lisa Bredahl</u> | <u>None Present</u> |
| Deputy Clerk | Court Reporter (SM) |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                None Present

PROCEEDINGS:    <u>CITY OF SANTA ANA'S MOTION FOR SUMMARY JUDGMENT</u>

[In Chambers]

    The Court has received Defendant City of Santa Ana's Motion for Summary Judgement as well as all opposition and reply papers. The matter is taken under submission and the Court will issue an order in the near future. There will be no oral argument heard on this motion.

    The hearing on this motion scheduled for December 3, 2001, is taken off calendar.



ENTER ON CMS
NOV 27 2001