Case 8:99-cv-01452-GLT-EE   Document 367   Filed 12/05/01   Page 1 of 1   Page ID #:106

Priority ✗
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No. <u>SA CV 99-1452 GLT (EEx)</u>         Date: <u>December 5, 2001</u>

Title: <u>TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.</u>

PRESENT:

**HON. <u>Gary L. Taylor</u> JUDGE**

| <u>Lisa Bredahl</u> | <u>None Present</u> |
|---|---|
| Deputy Clerk | Court Reporter (SM) |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                  None Present

PROCEEDINGS:

[In Chambers]

The Court has received Plaintiff's Motion for Relief From Judgment and to Re-Open Case. Plaintiff seeks relief from the Court's May 8, 2001, order granting summary judgment in favor of Defendant County of Orange ("Summary Judgment Order"). Plaintiff seeks relief under Federal Rule of Civil Procedure 60(b)(5), allowing relief from a final judgment where "it is no longer equitable that the judgment should have prospective application." <u>See</u> F.R.Civ.Pro. 60(b)(5).

In granting summary judgment in favor of the County of Orange, the Court found Plaintiff did not "present admissible, non-conclusory evidence of a triable issue to support his assertions." <u>See</u> May 8, 2001, Order at 3:7-8. Plaintiff's Motion for Relief From Judgment does not show it is no longer equitable to enforce the Summary Judgment Order. Plaintiff's Motion lists the same conclusory allegations of conspiracy, defamation, and Constitutional violations the Court previously found insufficient to maintain his claims. <u>Id</u>.

Plaintiff also seeks relief from judgment under FRCP 54(b). The Court finds no grounds for revising the Summary Judgment Order of May 8, 2001, under FRCP 54(b).

Plaintiff further moves to re-open Case No. SACV-99-1471. The Court dismissed this case for lack of subject matter jurisdiction. Plaintiff provides no grounds to re-open the case and the Court finds no grounds exist.

Plaintiff's Motion is DENIED, and the hearing scheduled for December 10, 2001, is taken off-calendar.

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452\99-1452.relieffromjdgmtmin.wpd

ENTER ON ICMS
DEC 10 2001

INITIALS OF DEPUTY CLERK