JUDGMENT

====================================================================

**Priority** ☐
**Send** ☒
**Clsd** ☐
**Enter** ☐
**JS-5/JS-6** ☐
**JS-2/JS-3** ☐

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 01-56295
CT/AG#: CV-99-01452-GLT
SA 99-1452 GLT

TONY R. WHITTAKER,

    Plaintiff-Appellant,

v.

BROOKS PROTECTIVE SERVICES, INC., et al.,

    Defendants,

  and

LOS ANGELES POLICE DEPARTMENT, et al.,

    Defendants-Appellees

----------------------

APPEAL FROM the United States District Court for the Central District of California (Santa Ana).

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is dismissed.

Filed and entered      September 17, 2001


FILED / LODGED — DEC - 4 2001 — CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION AT SANTA ANA, BY _____ DEPUTY


LODGED — CLERK, U.S. DISTRICT COURT — NOV 21 2001 — CENTRAL DISTRICT OF CALIFORNIA, BY _____ DEPUTY


☑ Docketed
☑ Copies / NTC Sent
☐ JS-5 / JS-6
☐ JS-2 / JS-3
☒ CLSD

ENTER ON ICMS — DEC 10 2001


A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 19 2001

by: _____ Deputy Clerk

DEC 10 2001

368

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONY R. WHITTAKER, | No. 01-56295 |
| Plaintiff-Appellant, | DC# CV-99-01452-GLT |
| v. | Central California |
| | (Los Angeles) |
| BROOKS PROTECTIVE SERVICES, INC., et al., | |
| Defendants, | |
| and | ORDER |
| LOS ANGELES POLICE DEPARTMENT, et al., | |
| Defendants-Appellees. | |

Before: HUG, PREGERSON and WARDLAW, Circuit Judges

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 19 2001

by: _____
Deputy Clerk

S:\PROSE\panelords\9.01\Septermber10\01-56295.wpd

INTERNAL USE ONLY: Proceedings include all events.
01-56295 Whittaker v. Brooks Protective Se, et al

| | |
|---|---|
| TONY R. WHITTAKER<br>    Plaintiff - Appellant | Tony R. Whittaker<br>213-229-9657<br>Room 318<br>[COR LD NTC prs]<br>403 East 5th Street<br>Los Angeles, CA 90013 |

v.

BROOKS PROTECTIVE SERVICES,
INC.
    Defendant

MAX SECURITY SERVICES, INC.
    Defendant

| | |
|---|---|
| LOS ANGELES POLICE DEPARTMENT<br>    Defendant - Appellee | Cecil Marr, Esq.<br>213/485-6370<br>1800 City Hall East<br>[COR LD NTC dca]<br>OFFICE OF THE CITY ATTORNEY<br>200 North Main Street<br>Los Angeles, CA 90012 |
| ORANGE COUNTY SHERIFF'S<br>DEPARTMENT<br>    Defendant - Appellee | Laurence M. Watson, Esq.<br>714/834-6255<br>[COR LD NTC cc]<br>OFFICE OF THE COUNTY COUNSEL<br>10 Civic Center Plaza<br>P.O. Box 1379<br>Santa Ana, CA 92702-1379 |
| ORANGE COUNTY SOCIAL SERVICES<br>AGENCY<br>    Defendant - Appellee | Laurence M. Watson, Esq.<br>(See above)<br>[COR LD NTC cc] |
| WESTMINSTER POLICE DEPARTMENT<br>    Defendant - Appellee | Jeffrey M. Epstein, Esq.<br>714-953-5300<br>[COR LD NTC ret]<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, CA 92701 |
| SANTA ANA POLICE DEPARTMENT<br>    Defendant - Appellee | Joseph W. Fletcher<br>714/647-5201<br>Suite M29<br>[COR LD NTC dca]<br>CITY ATTORNEY'S OFFICE<br>20 Civic Center Drive<br>Santa Ana, CA 92701 |
| MATER DEI HIGH SCHOOL, esa<br>Roman Catholic Bishop of | Michael Peffer<br>213-624-8700 |

Docket as of September 14, 2001 11:17 pm              Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
01-56295 Whittaker v. Brooks Protective Se, et al

| | |
|---|---|
| Orange<br>    Defendant - Appellee | 16th Floor<br>[COR LD NTC ret]<br>LYNBERG & WATKINS<br>International Tower Plaza<br>888 South Figueroa Street<br>Los Angeles, CA 90017 |
| MOBILEHOME COMMUNITY MANAGEMENT INC.<br>    Defendant | |
| DEL PRADO MOBILE HOME PARK<br>    Defendant | |
| MONTEREY MOBILEHOME SALES INC.<br>    Defendant | |
| MILNER HOTELS INC.<br>    Defendant - Appellee | Lucille H. Baugham<br>818-564-1641<br>Suite 12<br>[COR LD NTC ret]<br>LAW OFFICES OF LUCILLE H. BAUGHAM<br>101 E. Green Street<br>P.O. Box 50187<br>Pasadena, CA 91115-0187 |
| RON PASCAL, in his individual capacity<br>    Defendant | |
| CHARLEY FREEMAN, in his individual capacity<br>    Defendant | |
| SILVIA HANER, in her individual capacity<br>    Defendant | |
| ANTHONY TATE, in his individual capacity<br>    Defendant | |
| RAVISHANKER VAULLI, in his individual capacity<br>    Defendant - Appellee | Lucille H. Baugham<br>(See above)<br>[COR LD NTC ret] |
| U.S. DEPARTMENT OF STATE DIPLOMATIC SECURITY<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>[COR LD NTC aus]<br>USLA - OFFICE OF THE U.S. ATTORNEY<br>Civil Division<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |

INTERNAL USE ONLY: Proceedings include all events.
01-56295 Whittaker v. Brooks Protective Se, et al

| | |
|---|---|
| THE FEDERAL BUREAU OF INVESTIGATION<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>(See above)<br>[COR LD NTC aus] |
| UNITED STATES MARINE CORPS<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>(See above)<br>[COR LD NTC aus] |
| GREYHOUND LINES, INC.<br>    Defendant | |
| MIKE BAUER, in his individual capacity<br>    Defendant | |
| HARRIS BAILEY, in his individual capacity<br>    Defendant | |
| JOHN EBERWINE, in his individual capacity<br>    Defendant | |
| FREDERICK PATERSON<br>    Defendant | |
| RICK PATTERSON, in his individual capacity<br>    Defendant | |