# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No. SACV- __99-1452-GLT(MLGx)__
U.S.C.C.A. Case No. : __01-56295__                              Date: __December 4, 2001__

TITLE: __TONY R. WHITTAKER v. BROOKS PROTECTIVE SERVICES, INC., ET AL__

PRESENT: THE HONORABLE __GARY L. TAYLOR__, JUDGE

LISA BREDAHL                                        Not present
Deputy Clerk                                        Court Reporter

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

___ IN COURT      _XX_ IN CHAMBERS           _XX_ COUNSEL NOTIFIED
                  (No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

___ Affirming        ___ Remanding         ___ Reversing and Remanding

___ Affirming in part, reversing in part    _XX_ Dismissing Appeal

___ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:
    $ _____ on _____.

___ Other _____

is hereby filed and spread upon the minutes of this U.S. District Court.



(ENTERED_____)          ___ MAKE JS-5



Initials of Deputy Clerk ___

CV - 48 (02/98)          CIVIL MINUTES - APPEALS

DEC 10 2001