☑ Priority
☑ Send
☐ Clsd
☐ Enter
☐ JS-5/JS-6
☐ JS-2/JS-3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ORIGINAL

**CIVIL MINUTES - APPEALS**

Case No.: __SA CV-99-1452-GLT__

U.S.C.C.A. Case No.: __01-56681__    Date: __January 17, 2002__

Title: __Tony P. Whittaker v. Brooks Protective Services, Inc., et al__

PRESENT: THE HON.: __Gary L. Taylor__, JUDGE

| Sandy Eagle | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| 1) Not Present | 1) Not Present |
| 2) | 2) |
| 3) | 3) |

**PROCEEDINGS:** FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS
☐ IN COURT   ☒ IN CHAMBERS   ☒ COUNSEL NOTIFIED
(No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

☐ Affirming    ☐ Remanding    ☐ Reversing and Remanding

☐ Affirming in part, reversing in part    ☒ Dismissing Appeal

☐ The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of:

$_____ on _____

☐ Other_____

is hereby filed and spread upon the minutes of this U.S. District Court.

☐ MAKE JS-5

ENTER ON ICMS
JAN 18 2002
388

Initials of Deputy Clerk __se__

CV - 48 (02/99)    CIVIL MINUTES - APPEALS