JUDGMENT
================================================================

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 01-56681
CT/AG# CV-99-01452-GLT

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2002
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JAN 14 2002
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

TONY R. WHITTAKER

      Plaintiff - Appellant

v.

BROOKS PROTECTIVE SERVICES, INC.; MAX SECURITY SERVICES,
INC.; LOS ANGELES POLICE DEPARTMENT; ORANGE COUNTY SHERIFF'S
DEPARTMENT; ORANGE COUNTY SOCIAL SERVICES AGENCY;
WESTMINSTER POLICE DEPARTMENT; SANTA ANA POLICE DEPARTMENT;
MATER DEI HIGH SCHOOL, esa Roman Catholic Bishop of Orange;
MOBILEHOME COMMUNITY MANAGEMENT INC.; DEL PRADO MOBILE HOME
PARK; MONTEREY MOBILEHOME SALES INC.; MILNER HOTELS INC.;
RON PASCAL, in his individual capacity; CHARLEY FREEMAN, in
his individual capacity; SILVIA HANER, in her individual
capacity; ANTHONY TATE, in his individual capacity;
GREYHOUND LINES, INC.; MIKE BAUER, in his individual
capacity; HARRIS BAILEY, in his individual capacity; JOHN
EBERWINE, in his individual capacity; RICK PATTERSON, in his
individual capacity; FREDERICK PATERSON

      Defendants

    and

U.S. DEPARTMENT OF STATE DIPLOMATIC SECURITY; THE FEDERAL
BUREAU OF INVESTIGATION; UNITED STATES MARINE CORPS

      Defendants - Appellees

----------------------

APPEAL FROM the United States District Court for the

Central District of California (Santa Ana) .



ENTER ON ICMS
JAN 18 2002
389

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is dismissed.

Filed and entered      November 14, 2001



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 0 8 2002

by: _____
    Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 14 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONY R. WHITTAKER, | No. 01-56681 |
| Plaintiff-Appellant, | DC# CV-99-01452-GLT |
| v. | Central California |
| | (Santa Ana) |
| BROOKS PROTECTIVE SERVICES, INC., et al., | ORDER |
| Defendants, | |
| and | |
| U.S. DEPARTMENT OF STATE DIPLOMATIC SECURITY, et al., | |
| Defendants-Appellees. | |

Before: BROWNING, KLEINFELD and McKEOWN, Circuit Judges

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 08 2002
by

S:\PROSE\panelords\11.01\November5\01-56681.wpd

INTERNAL USE ONLY: Proceedings include all events.
01-56681 Whittaker v. Brooks Protective Sv, et al

| | |
|---|---|
| TONY R. WHITTAKER<br>    Plaintiff - Appellant | Tony R. Whittaker<br>213-229-9657<br>Room 318<br>[NTC prs]<br>403 East 5th Street<br>Los Angeles, CA 90013 |

v.

BROOKS PROTECTIVE SERVICES,
INC.
    Defendant

MAX SECURITY SERVICES, INC.
    Defendant

| | |
|---|---|
| LOS ANGELES POLICE DEPARTMENT<br>    Defendant | Cecil Marr, Esq.<br>213/485-6370<br>1800 City Hall East<br>[COR LD dca]<br>OFFICE OF THE CITY ATTORNEY<br>200 North Main Street<br>Los Angeles, CA 90012 |
| ORANGE COUNTY SHERIFF'S<br>DEPARTMENT<br>    Defendant | Laurence M. Watson, Esq.<br>714/834-6255<br>[COR LD cc]<br>OFFICE OF THE COUNTY COUNSEL<br>10 Civic Center Plaza<br>P.O. Box 1379<br>Santa Ana, CA 92702-1379 |
| ORANGE COUNTY SOCIAL SERVICES<br>AGENCY<br>    Defendant | Laurence M. Watson, Esq.<br>(See above)<br>[COR LD cc] |
| WESTMINSTER POLICE DEPARTMENT<br>    Defendant | Jeffrey M. Epstein, Esq.<br>714-953-5300<br>[COR LD ret]<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, CA 92701 |
| SANTA ANA POLICE DEPARTMENT<br>    Defendant | Joseph W. Fletcher<br>714/647-5201<br>Suite M29<br>[COR LD dca]<br>CITY ATTORNEY'S OFFICE<br>20 Civic Center Drive<br>Santa Ana, CA 92701 |
| MATER DEI HIGH SCHOOL, esa<br>Roman Catholic Bishop of | Michael Peffer<br>213-624-8700 |

INTERNAL USE ONLY: Proceedings include all events.
01-56681 Whittaker v. Brooks Protective Sv, et al

| | |
|---|---|
| Orange<br>    Defendant | 16th Floor<br>[COR LD ret]<br>LYNBERG & WATKINS<br>International Tower Plaza<br>888 South Figueroa Street<br>Los Angeles, CA 90017 |
| MOBILEHOME COMMUNITY<br>MANAGEMENT INC.<br>    Defendant | |
| DEL PRADO MOBILE HOME PARK<br>    Defendant | |
| MONTEREY MOBILEHOME SALES INC.<br>    Defendant | |
| MILNER HOTELS INC.<br>    Defendant | Lucille H. Baugham<br>818-564-1641<br>Suite 12<br>[COR LD ret]<br>LAW OFFICES OF LUCILLE H.<br>BAUGHAM<br>101 E. Green Street<br>P.O. Box 50187<br>Pasadena, CA 91115-0187 |
| RON PASCAL, in his individual<br>capacity<br>    Defendant | |
| CHARLEY FREEMAN, in his<br>individual capacity<br>    Defendant | |
| SILVIA HANER, in her<br>individual capacity<br>    Defendant | |
| ANTHONY TATE, in his<br>individual capacity<br>    Defendant | |
| U.S. DEPARTMENT OF STATE<br>DIPLOMATIC SECURITY<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>[COR LD NTC aus]<br>USLA - OFFICE OF THE U.S.<br>ATTORNEY<br>Civil Division<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |
| THE FEDERAL BUREAU OF<br>INVESTIGATION<br>    Defendant - Appellee | John E. Nordin, II, Esq.<br>(See above)<br>[COR LD NTC aus] |