ROCKARD J. DELGADILLO, City Attorney
G. DANIEL WOODARD, Senior Assistant City Attorney
DON VINCENT, Assistant City Attorney
RODELL R. FICK, Deputy City Attorney
Room 1650, City Hall East
200 North Main Street
Los Angeles, CA 90012
Phone No.: (213) 473-5504, Fax No.: (213) 485-3958

Attorneys for Defendant CITY OF LOS ANGELES, a municipal corporation

FILED JAN 22 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY R. WHITTAKER,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKS PROTECTIVE SERVICES, INC., et al.,<br><br>Defendants. | Case No.: SACV99-01452 GLT (EEx)<br><br>[PROPOSED] JUDGMENT<br><br>Magistrate: Hon. Elgin Edwards<br>Judge: Hon. Gary L. Taylor |

ENTERED JAN 23 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
_____ DEPUTY

___ Priority
_X_ Send
___ Clsd
_X_ Enter
___ JS-5/JS-6
___ JS-2/JS-3

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

This matter came regularly before this Court, taken under submission on January 10, 2002 on Defendant's Motion for Summary Judgment, brought on behalf of Defendant **CITY OF LOS ANGELES**.

All pleadings and papers on file in this case having been read and examined by the Court, and the Court having made findings of fact and conclusions of law, which have been signed and filed,

IT IS HEREBY ORDERED:

ENTER ON ICMS
JAN 23 2002

#87601-1

1

1. Defendant City of Los Angeles' Motion for Summary Judgment is GRANTED;

2. This action is DISMISSED WITH PREJUDICE;

3. Defendants shall recover their costs in this action, in an amount to be determined upon appropriate motion; and

4. This Order shall be without prejudice to a further motion by Defendants for an award of attorney's fees per 42 U.S.C. § 1988.

DATED: 1/18/02

HONORABLE GARY L. TAYLOR
United States District Judge

Presented By:

ROCKARD J. DELGADILLO, **City Attorney**
G. DANIEL WOODARD, **Senior Assistant City Attorney**
DON W. VINCENT, **Assistant City Attorney**
RODELL R. FICK, **Deputy City Attorney**

By: _____
RODELL R. FICK, Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS ANGELES

#87601-1

2

# PROOF OF SERVICE

**TONY R. WHITTAKER v. CITY OF LOS ANGELES, et al.**
USDC Case No. SACV00-01452GLT(EEx), Hon. Gary L. Taylor, Ctrm. 10D (Santa Ana)

I, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1650 City Hall East, 200 North Main Street, Los Angeles, California 90012.

On January 16, 2002, I served the foregoing documents described as **[PROPOSED] JUDGMENT** and all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

Mr. Tony R. Whittaker
403 E. 5th St., Rm. #241
Los Angeles, CA 90013
(213) 229-9655, (323) 251-3619 Fax
Plaintiff in Pro Per TONY R. WHITTAKER

Denah H. Yoshiyama, Asst. City Attorney
CITY OF SANTA ANA
20 Civic Center Plaza M-29
P.O. Box 1988
Santa Ana, CA 92702
(714) 647-5201, (714) 647-6515 Fax
Co-Defendants CITY OF SANTA ANA

Laurence M. Watson, County Counsel
COUNTY OF ORANGE
10 Civic Center Plaza, 4th Fl.
P.O. Box 1379
Santa Ana, CA 92702-1379
(714) 834-6238, (714) 834-2359 Fax
Co-Defendants COUNTY OF ORANGE

Lucille Hino Baugham, Esq.
101 E. Green St., Ste. 12
P.O. Box 50187
Pasadena, CA 91115-0187
(626) 564-1641, (626) 564-8877 Fax

FERGUSON, PRAET & SHERMAN
Attn: Jeffery M. Epstein, Esq.
1631 E. 18th St.
Santa Ana, CA 92705
(714) 953-5300, (714) 953-1143 Fax

McCune & Harber
Attn: Michael J. Peffer, Esq.
400 S. Hope St., Ste. 720
Los Angeles, CA 90071
(213) 689-2500, (213) 689-2501 Fax
Defendant ROMAN CATHOLIC BISHOP OF ORANGE

[ X ] **BY MAIL**: I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/or

[ X ] **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2002, at Los Angeles, California.

_____
KATHERINE FINAN