**ENTERED** FEB - 7 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

___ Priority
_X_ Send
___ Clsd
_X_ Enter
___ JS-5/JS-6
___ JS-2/JS-3

**FILED** FEB - 7 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TONY R. WHITTAKER,

    Plaintiff,

vs.

BROOKS PROTECTIVE SERVICES INC./
MAX SECURITY SERVICES INC., et. al.
and DOES 1 THRU 10,

    Defendants.

Case No: SACV 99-01452 GLT (EEX)

DATE:   February 11, 2002
TIME:   10:00 a.m.
DEPT.:  Room 10D

[~~PROPOSED~~] **JUDGMENT**

Trial Date: 3/1/02

McCUNE & HARBER, LLP
400 SOUTH HOPE ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

This action came on for hearing before the Court, on February 11, 2002, Honorable Gary L. Taylor, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision been duly rendered,

///
///
///
///
///
///
///

-1-

1 | IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed
2 | on the merits and that defendant, THE ROMAN CATHOLIC BISHOP OF ORANGE recover its cost.

Dated: 2/6/02

United States District Judge
**GARY L. TAYLOR**

McCune & Harber, LLP
400 South Hope St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 400 South Hope Street, Suite 720, Los Angeles, California 90071.

On January 15, 2002, I served the foregoing document described as **[PROPOSED] JUDGMENT**, on the interested parties by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

## PLEASE SEE ATTACHED SERVICE LIST

__X__ BY MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the office of the addressee(s).

_____ BY FACSIMILE TRANSMISSION: The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a record of the transmission, a copy of which is attached to this proof of service.

_____ BY FEDERAL EXPRESS: I caused the above-referenced document(s) to be delivered via Federal Express, for delivery to the above address(es).

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 15, 2002, at Los Angeles, California.

*Heather Godinez*
HEATHER GODINEZ

-3-

SERVICE LIST FOR WHITTAKER, TONY R. V. BROOKS PROTECTIVE SERVICES

Tony R. Whittaker
403 E. 5th St.
Room No. 241
Los Angeles California 90013

Edward N. Duran
ORANGE COUNTY COUNSEL
10 Civic Center Plaza, 4th Floor
P.O. Box 1379
Santa Ana CA 92702

Lucille Hino Baugham, Esq.
Law Offices of Lucille H. Baugham
P.O. Box 50187
Pasadena California 91115

Rodell R. Fick
Deputy City Attorney
City of Los Angeles
1650 City Hall East
200 North Main Street
Los Angeles CA 90012

Jeffery M. Epstein
Law Offices of Ferguson, Praet & Sherman
1631 East 18th Street
Santa Ana California 92705

John E. Nordin II
United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles CA 90012

Denah Yoshiyama
City of Santa Ana Attorney
P.O. Box 1988
20 Civic Center Plaza, Suite M29
Santa Ana CA 92702