```
JOSEPH W. FLETCHER,
CITY ATTORNEY (SBN 96813)
DENAH HOARD-YOSHIYAMA,
ASSISTANT CITY ATTORNEY (SBN 175316)
CITY OF SANTA ANA
20 CIVIC CENTER PLAZA M-29
P.O. BOX 1988
SANTA ANA, CALIFORNIA 92702
TEL: (714) 647-5201

Attorneys for Defendant,
CITY OF SANTA ANA,
erroneously sued as SANTA ANA POLICE DEPARTMENT
```

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

FILED FEB 14 2002 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY DEPUTY

ENTERED FEB 15 2002 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA OFFICE BY DEPUTY

___ Priority
X Send
___ Clsd
X Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY R. WHITTAKER, | Case No: SACV 99-01452 GLT (EEx) |
| Plaintiff | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| BROOKS PROTECTIVE SERVICES INC./ MAX SECURITY SERVICES INC., et al. and DOES 1 THRU 10, | Magistrate: Hon. Elgin Edwards |
| Defendants. | Judge: Hon. Gary L. Taylor Room 10D |

This action came before this Court, and was taken under submission on November 26, 2001, Honorable Gary L. Taylor, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS
FEB 15 2002

1

IT IS ADJUDGED, that the plaintiff take nothing, as against the City of Santa Ana, that the action be dismissed on the merits as to the City of Santa Anas, and that defendant City of Santa Ana recover its costs.

Dated: Febry 13, 2002

HONORABLE GARY L. TAYLOR
United States District Judge



2

|   |   |
|---|---|
| 1 | PROOF OF SERVICE - F.R.Civ.P. 5 |
| 2 | |
| 3 | I am employed in Orange County, California. I am over eighteen years of age and not a party to the within action; my residence/business address is 20 Civic Center Plaza, Santa Ana, California 92701. |

1   PROOF OF SERVICE - F.R.Civ.P. 5

I am employed in Orange County, California. I am over eighteen years of age and not a party to the within action; my residence/business address is 20 Civic Center Plaza, Santa Ana, California 92701.

On February 12, 2002, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested parties in this action.

[X] By placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes as follows:

**SEE ATTACHED SERVICE LIST**

[X] BY MAIL    [ ] BY OVERNIGHT MAIL VIA UPS/FEDERAL EXPRESS

[ ] I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with my employer's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 12, 2002, at Santa Ana, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

JEANETTE M. PALMA



## SERVICE LIST

<u>Tony Whittaker v. Brooks Protective Services</u>
Case # SACV 99-01452 GLT (EEx)

Tony R. Whittaker, In Pro Per
403 East 5th Street, Room #241
Los Angeles, CA 90013

Laurence M. Watson, County Counsel
Irving Berger, Deputy County Counsel
10 Civic Center Plaza, 4th Floor
P.O. Box 1379
Santa Ana, CA 92702

Lucille Hino Baugham, Esq.
101 East Green Street, Suite 12
P.O. Box 50187
Pasadena, CA 91115-0187

Rodell R. Fick, Esq.
Deputy City Attorney
1650 N. City Hall E.
200 N. Main Street
Los Angeles, CA 90012

Jeffery M. Epstein, Esq.
FERGUSON, PRAET, & SHERMAN
1631 East 18th Street
Santa Ana, CA 92705

Alejondro N. Mayorkas
United States Attorney
John E. Nordin II
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Guy Webster, Esq.
888 South Figueroa Street
16th Floor
Los Angeles, CA 90017-5449

4