UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  SA CV 99-1452-GLT(EEx)         Date: February 19, 2002

Title:  TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, INC., et al.,

========================================================================

DOCKET ENTRY:

I hereby certify that this document was served by first class mail, postage prepaid, to all counsel for parties at their respective most recent address of record in this action on this date; date _____

_____
Deputy Clerk

========================================================================

PRESENT:

HON. Gary L. Taylor JUDGE

| Lisa Bredahl | None Present |
|---|---|
| Deputy Clerk | Court Reporter (SM) |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                              None Present

PROCEEDINGS:  **ORDER TO SHOW CAUSE RE DISMISSAL OF CERTAIN DEFENDANTS**

[In Chambers]

Upon review of the Court files, it appears to the Court that the case has been concluded as to all defendants who have been served and appeared.

It also appears that the following additional defendants were named in the complaint, but have not appeared or had their defaults taken:

1. Brooks Protective Services, Inc. / Max Security Services, Inc., and the following associated individuals:
    Ron Pascal
    Charley Freeman

G:\GLTSECY\ORDERS\1999\99-1452.mo.wpd        1

ENTER ON ICMS
FEB 21 2002

2. Mobile home Community Management, Inc. / Del Prado Mobilehome Park, and the following associated individual:
   Silvia Haner

3. Monterey Mobile Home Sales, Inc.

4. Greyhound Lines, Inc.,
   and the following associated individuals:
   Mike Bauer
   Harris Bailey
   John Eberwine
   Frederick Paterson

5. Individual, Anthony Tate (associated with County of Orange)

It appears to the Court that the time has expired for the appearance or default of those remaining defendants. Therefore, it appears that the case should be dismissed as to these defendants, and the case should be brought to a close in this Court.

The Court orders Plaintiff, within 15 days, to show cause, if any, why the Court should not dismiss the case as to the above-named defendants.