UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. <u>SA CV 99-1452 GLT (EEx)</u>                             Date: <u>February 27, 2002</u>

Title: <u>TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.</u>

PRESENT:

**HON. <u>Gary L. Taylor</u> JUDGE**

| Lisa Bredahl | None Present |
|---|---|
| Deputy Clerk | Court Reporter (SM) |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS:    <u>Order Re: Plaintiff's Motion for Summary Judgment</u>

[In Chambers]

The Court has received Plaintiff's Motion for Summary Judgment. Plaintiff, appearing pro se, seems to seek summary judgment under FRCP 56(a) against all Defendants, despite the Court's Orders granting summary judgment in favor of several Defendants. Plaintiff argues these Orders were "on partial findings, and did not adjudicate all of the allegations in Plaintiff's Second Amended Complaint..." <u>See</u> Motion at 3:10-14. Plaintiff's present Motion for Summary Judgment lists the same conclusory allegations of conspiracy, defamation, and Constitutional violations the Court previously found insufficient to maintain his claims. The Court finds the Orders granting summary judgment were proper and the case against these Defendants was fully adjudicated under FRCP 56(d). No grounds exist under FRCP 60(b)(5) or 54(b) to relieve Plaintiff of these judgments or revise any part of these Orders.

Plaintiff also seems to seek summary judgment against all Defendants who have not responded to Plaintiff's Second Amended Complaint. Plaintiff states he "preferred the case proceed against the remaining Defendants, rather than gain a Default Judgment." <u>See</u> Motion at 3:23-25. A summary judgment motion against parties not before the Court is not appropriate.

Plaintiff's Motion for Summary Judgment is DENIED, and the hearing scheduled for March 4, 2002, is taken off-calendar.

ENTER ON ICMS

FEB 28 2002

G:\DOCS\GLTALL\LC2\CIVIL\2000\1999\99-1452\msjmin.wpd           INITIALS OF DEPUTY CLERK