✗ Priority
✗ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)            Date: March 13, 2002

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

PRESENT:

HON. Gary L. Taylor JUDGE

Lisa Bredahl                              None Present
Deputy Clerk                              Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS:    Order Re: Plaintiff's Motion for New Trial

[In Chambers]

On February 7, 2002, the Court granted summary judgment in favor of Defendant Roman Catholic Bishop of Orange/Mater Dei High School. Plaintiff brought a claim against Mater Dei High School directly under the Fourteenth Amendment. The Court held a Fourteenth Amendment claim could not be maintained against Mater Dei, a private entity, because there was no showing of "acting under color of law" or "state action." See Flagg Brothers Inc. v. Brooks, 436 U.S. 149, 157 (1978).

Plaintiff, appearing pro se, seems to now argue that, under the "public function" test, Mater Dei has engaged in "state action."                      457 U.S. 922, 939 (1982). Plaintiff offers a finger print card allegedly issued by Mater Dei High School for employment purposes, as evidence of Mater Dei engaging in a "public function." As this evidence indicates, the State of California, not Mater Dei, "requires all non-credentialed employees, part-time and full time, employed after July 1, 1985 to be fingerprinted and cleared by the California Department of Justice." The fingerprint forms are to be sent to the California Department of Justice, Bureau of Criminal Identification, for a background check. The fingerprint forms and the attached memorandum from Mater Dei indicate Mater Dei is merely complying with California law in issuing the forms to prospective employees, not engaging in a "traditionally exclusive governmental function." See Flagg Bros., 436 U.S. at 157-64. Mater Dei does not process the forms itself or conduct its own background check, but simply furnishes them to the California Department of Justice.

Plaintiff's Motion a New Trial is DENIED, and the hearing scheduled for March 18, 2002, is taken off calendar.

ENTER ON ICMS
MAR 13 2002

G:\DOCS\GLTALL\LC2\CIVIL\2000\1999\99-1452\mnewtrial.min.wpd    INITIALS OF DEPUTY CLERK


413