ENTERED MAR 29 2002 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA OFFICE BY DEPUTY

X Priority
X Send
___ Clsd
X Enter
X JS-5/JS-6
___ JS-2/JS-3

FILED MAR 28 2002 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

TONY WHITTAKER,                )  Case No. SA CV 99-1452-GLT(EEx)
                               )
        Plaintiff,             )
                               )  FINAL JUDGMENT OF DISMISSAL
    vs.                        )
                               )
BROOKS PROTECTIVE SERVICE,     )  ✓ Docketed
et al.,                        )  ✓ Copies / NTC Sent
                               )  ✓ JS-5 / JS-6
        Defendants.            )  ___ JS-2 / JS-3
_____)  ___ CLSD

This action was permitted to continue past the dismissal motion stage, to discovery and the summary motion stage, so that it would be apparent whether or not there was any substance to Plaintiff's claims. During that time, the opportunity for discovery was available, and all of the active defendants have been dismissed from the case on summary judgment. It is now apparent that there is no substance to Plaintiff's claims, and they are frivolous.

Plaintiff named the following additional defendants, who apparently have never been served, and who have not appeared or been defaulted:

ENTER ON ICMS
MAR 29 2002

1. Brooks Protective Services, Inc. / Max Security Services, Inc., and the following associated individuals:
    Ron Pascal
    Charley Freeman
2. Mobile Home Community Management, Inc., / Del Prado Mobilehome Park, and the following associated individual:
    Silvia Haner
3. Monterey Mobile Home Sales, Inc.
4. Greyhound Lines, Inc.,
    and the following associated individuals:
    Mike Bauer
    Harris Bailey
    John Eberwine
    Frederick Paterson
5. Individual, Anthony Tate (associated with County of Orange)

More than a reasonable time has expired for Plaintiff to bring the above remaining defendants into the case, but they have not been brought in. As a result of the showings that have been made on earlier summary judgment motions, it is apparent to the Court that there is no reasonable basis for a bona fide claim against the above remaining defendants. Notice and an opportunity to be heard have been given to Plaintiff before ordering a dismissal.

The action is DISMISSED as against the remaining above-named defendants for failure to timely prosecute and because it is apparent no bona fide case is stated against them.

In view of this court order, it is apparent no claim remains against a party defendant. Therefore, the Court hereby enters final

1  judgment of dismissal of the entire case.

3  DATED: March 28, 2002

*[signature]*
GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE