☒ Priority
☒ Send
☒ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452 GLT (EEx)   Date: April 30, 2002

Title: TONY WHITTAKER v. BROOKS PROTECTIVE SERVICES, et al.

PRESENT:

**HON. Gary L. Taylor JUDGE**

Lisa Bredahl
Deputy Clerk                                    Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS:

[In Chambers]

    Plaintiff's "Motion for Relief from the Court's Judgment for Final Dismissal of Case" is DENIED. Plaintiff brings this motion under Federal Rule of Civil Procedure 60(b)(1)&(6). Under Federal Rule of Civil Procedure 60(b)(1)&(6), the court may relieve a party from a final judgment for mistake, inadvertence, surprise, excusable neglect, or "any other reason justifying relief from the operation of judgment." See Fed.R.Civ.Pro. 60(b)(1)&(6). The Plaintiff has made no showing justifying relief from the final judgement of dismissal on any these grounds.

    The hearing on this motion scheduled for May 6, 2002, is taken off-calendar.

ENTER ON ICMS
MAY - 3 2002

G:\DOCS\GLTALL\LC2\CIVIL\1999\99-1452\mrelieffromjgmtmin.wpd    INITIALS OF DEPUTY CLERK