UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

X Priority
X Send
X Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No. SA CV 99-1452-GLT (EEx)     Date: September 25, 2002

Title: TONY R. WHITTAKER v. BROOKS PROTECTIVE SERVICES, INC.

============================================================

PRESENT:

HON. Gary L. Taylor JUDGE

Lisa Bredahl                                None Present
Deputy Clerk                                Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS:   **Order Denying Plaintiff's Motion for Relief From Judgment**
[In Chambers]

    Plaintiff's motion for relief from judgment is DENIED. The September 30, 2001, hearing is ordered off-calendar.
    Plaintiff may report any criminal activity to law enforcement authorities.

ENTER ON ICMS
SEP 26 2002

G:\GLTALL\LC2\CIVIL\1999\99-1452.mo.deny.relief.from.judgment.wpd     INITIALS OF DEPUTY CLERK