# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

Case No.: SACV 99-01452-GLT

U.S.C.C.A. Case No.: 02-55871           Date: October 22, 2002

Title: TONY R. WHITTAKER -v- BROOKS PROTECTIVE SERVICES, et al.

PRESENT: THE HON.: GARY L. TAYLOR, JUDGE

| Ellie Gammage | not present |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| 1) not present | 1) not present |
| 2) | 2) |
| 3) | 3) |

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS
☐ IN COURT        x IN CHAMBERS        x COUNSEL NOTIFIED
(No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

☐ Affirming        ☐ Remanding        ☐ Reversing and Remanding

☐ Affirming in part, reversing in part        X Dismissing Appeal

x Other THIS APPEAL IS DISMISSED FOR FAILURE TO PAY THE DOCKETING/FILING FEES IN THIS CASE AND FOR FAILURE TO RESPOND TO THE ORDER OF THE COURT DATED SEPTEMBER 13, 2002.

ENTER ON ICMS
OCT 23 2002

is hereby filed and spread upon the minutes of this U.S. District Court.
☐ MAKE JS-5

Initials of Deputy Clerk