Case 8:99-cv-01452-GLT-EE   Document 429   Filed 10/22/02   Page 1 of 3   Page ID #:1491

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SACV 99-1452 GLT



FILED
OCT 16 2002

U.S. Court of Appeals Docket Number: 02-55871
Lower Court Docket No.: SACV-99-01452-GLT
Short Title: Whittaker v. Brooks Protective et

ORDER

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case and for failure to respond to the order of the court dated September 13, 2002.

A certified copy of this order sent to the district court, agency, Tax Court or Bankruptcy Appellate Panel shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Juanja V. Ross,
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
OCT 16 2002
by: Juanja V. Ross
Deputy Clerk

ENTER ON ICMS
OCT 23 2002

INTERNAL USE ONLY: Proceedings include all events.
02-55871 Whittaker v. Brooks Protective et, et al

TONY R. WHITTAKER
    Plaintiff - Appellant

Tony R. Whittaker
213-229-9657
Room 318
[NTC prs]
403 East 5th Street
Los Angeles, CA 90013

v.

BROOKS PROTECTIVE SERVICES, INC.
    Defendant - Appellee

No Appearance

MAX SECURITY SERVICES, INC.
    Defendant - Appellee

No Appearance
(See above)

LOS ANGELES POLICE DEPARTMENT
    Defendant - Appellee

Cecil Marr, Esq.
213/485-6370
1800 City Hall East
[COR LD dca]
OFFICE OF THE CITY ATTORNEY
200 North Main Street
Los Angeles, CA 90012

ORANGE COUNTY SHERIFF'S DEPARTMENT
    Defendant - Appellee

√Laurence M. Watson, Esq.
714/834-6255
[COR LD cc]
OFFICE OF THE COUNTY COUNSEL
10 Civic Center Plaza
P.O. Box 1379
Santa Ana, CA 92702-1379

ORANGE COUNTY SOCIAL SERVICES AGENCY
    Defendant - Appellee

Laurence M. Watson, Esq.
(See above)
[COR LD cc]

WESTMINSTER POLICE DEPARTMENT
    Defendant - Appellee

Jeffrey M. Epstein, Esq.
714-953-5300
[COR LD ret]
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, CA 92701

SANTA ANA POLICE DEPARTMENT
    Defendant - Appellee

Joseph W. Fletcher
714/647-5201
Suite M29
[COR LD dca]
CITY ATTORNEY'S OFFICE
20 Civic Center Drive
Santa Ana, CA 92701

MATER DEI HIGH SCHOOL, esa
Roman Catholic Bishop of

√Michael Peffer
213-624-8700

INTERNAL USE ONLY: Proceedings include all events.
02-55871 Whittaker v. Brooks Protective et, et al

| Party | Counsel |
|---|---|
| Orange<br>Defendant - Appellee | 16th Floor<br>[COR LD ret]<br>LYNBERG & WATKINS<br>International Tower Plaza<br>888 South Figueroa Street<br>Los Angeles, CA 90017 |
| MOBILEHOME COMMUNITY MANAGEMENT INC.<br>Defendant - Appellee | No Appearance<br>(See above) |
| DEL PRADO MOBILE HOME PARK<br>Defendant - Appellee | No Appearance<br>(See above) |
| MONTEREY MOBILEHOME SALES INC.<br>Defendant - Appellee | No Appearance<br>(See above) |
| MILNER HOTELS INC.<br>Defendant - Appellee | ✓Lucille H. Baugham<br>818-564-1641<br>Suite 12<br>[COR LD ret]<br>LAW OFFICES OF LUCILLE H. BAUGHAM<br>101 E. Green Street<br>P.O. Box 50187<br>Pasadena, CA 91115-0187 |
| RON PASCAL, in his individual capacity<br>Defendant - Appellee | No Appearance<br>(See above) |
| CHARLEY FREEMAN, in his individual capacity<br>Defendant - Appellee | No Appearance<br>(See above) |
| SILVIA HANER, in her individual capacity<br>Defendant - Appellee | No Appearance<br>(See above) |
| ANTHONY TATE, in his individual capacity<br>Defendant - Appellee | No Appearance<br>(See above) |
| U.S. DEPARTMENT OF STATE DIPLOMATIC SECURITY<br>Defendant - Appellee | ✓John E. Nordin, II, Esq.<br>[COR LD NTC aus]<br>USLA - OFFICE OF THE U.S. ATTORNEY<br>Civil Division<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |
| THE FEDERAL BUREAU OF INVESTIGATION<br>Defendant - Appellee | John E. Nordin, II, Esq.<br>(See above)<br>[COR LD NTC aus] |