Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 99-1452-GLT(EEx)                    Date: January 16, 2003

Title: Tony R. Whittaker v. Brooks Protective Services, Inc., et al.

===================================================================
=================================

PRESENT:

   HON. Gary L. Taylor JUDGE

      Lisa Bredahl                                  None Present
      Deputy Clerk                                 Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                                  None Present

PROCEEDINGS:    **Order Denying Plaintiff's Motion for Relief from Judgment**
[In Chambers]


    Plaintiff's motion for relief from judgment is DENIED. The conduct Plaintiff alleges does not provide a basis for relief from judgment under Rule 60(b)(3). Plaintiff should not attempt to litigate the action any further before this Court. If Plaintiff is dissatisfied with the Court's dismissal of the action, he should file an appeal with the Court of Appeals for the Ninth Circuit. The hearing set for January 27, 2003, is taken OFF CALENDAR.



ENTER ON ICMS
JAN 17 2003



G:\GLTALL\LC2\CIVIL\1999\99-1452.mo.deny motion reconsid.wpd       INITIALS OF DEPUTY CLERK _____